| Attorney or Party without Attorney: <br> DAVID E. MASTAGNI ESQ., Bar #204244 <br> MASTAGNI, HOLSTEDT APC <br> 1912 I STREET <br> SACRAMENTO, CA 95811 <br> Telephone No: 916-446-4692   FAX No: 916-491-4254 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: <br> 3LOCAL 522 FLORES |

Insert name of Court, and Judicial District and Branch Court:
U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

Plaintiff: TRACEY VALENTINE
Defendant: SACRAMENTO METROPOLITAN FIRE DISTRICT

| PROOF OF SERVICE <br> SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:17-CV-00827-KJM-EFB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COLLECTIVE ACTION COMPLAINT; CIVIL COVER SHEET; CONSENT TO BE INCLUDED AS AN INDIVIDUAL PLAINTIFF; ORDER SETTING STATUS CONFERENCE; ORDER; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION

3. a. Party served:   SACRAMENTO METROPOLITAN FIRE DISTRICT
   b. Person served:   CORA HALL, HR SPECIALIST, AUTHORIZED TO ACCEPT SERVICE; White, Female, 35 Years Old, Blonde Hair, Blue Eyes, 5 Feet 8 Inches, 130 Pounds

4. Address where the party was served:   10545 ARMSTRONG AVENUE
   SUITE 200
   MATHER, CA 95655

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Apr. 20, 2017 (2) at: 3:20PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of:   SACRAMENTO METROPOLITAN FIRE DISTRICT
   Under CCP 416.50 (public entity)

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JEREMY GLAZE
   d. The Fee for Service was:   $65.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:   2011-65
      (iii) County:   Sacramento

MOE'S PROCESS SERVING
2300 P Street
Sacramento, CA 95816
(916) 498-0808
FAX (916) 498-0817

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Apr. 20, 2017

   (JEREMY GLAZE)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

dem.308527