Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
Lisa S. Charbonneau, Bar No. 245906
lcharbonneau@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone:  415.512.3000
Facsimile:   415.856.0306

Attorneys for Defendant
SACRAMENTO METROPOLITAN FIRE DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - (SACRAMENTO)

| | |
|---|---|
| TRACEY VALENTINE, on behalf of herself and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO METROPOLITAN FIRE DISTRICT,<br><br>Defendant. | Case No.: 2:17-cv-00827-KJM-EFB<br><br>Complaint Filed: April 20, 2017<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that attorney Lisa S. Charbonneau of the law firm of LIEBERT CASSIDY WHITMORE, located at 135 Main Street, 7th Floor, San Francisco, California, 94105, email: lcharbonneau@lcwlegal.com, hereby appears as an additional attorney of record, together with the other attorneys of record, on behalf of Defendant Sacramento Metropolitan Fire District, in the action entitled *Tracey Valentine v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. Lisa S. Charbonneau requests that copies of all paper in the above-captioned action be served on her.

Dated:  May 12, 2017                                  Respectfully submitted,

                                                      LIEBERT CASSIDY WHITMORE

                                                      By:  */s/ Lisa S. Charbonneau*
                                                            Lisa S. Charbonneau
                                                            Attorneys for Defendant
                                                            SACRAMENTO METROPOLITAN FIRE DISTRICT

8159549.1 SA012-018                         1
NOTICE OF APPEARANCE