UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY VALENTINE, on behalf of herself and all similarly situated individuals, | No. 2:17-cv-0827 KJM EFB |
| Plaintiffs, | STATUS (PRETRIAL SCHEDULING) |
| v. | ORDER FOR CLASS CERTIFICATION |
| SACRAMENTO METROPOLITAN FIRE DISTRICT, | PHASE |
| Defendant. | |

An initial scheduling conference was held in this case on June 8, 2017. Isaac Stevens appeared for plaintiff; Lisa Charbonneau appeared for defendant.

Having reviewed the parties' Joint Status Report filed on June 1, 2017, and discussed a schedule for the class certification phase of the case with counsel at the hearing, the court makes the following orders:

I.   SERVICE OF PROCESS

All named defendants have been served and no further service is permitted without leave of court, good cause having been shown.

/////

1

II.     ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS

No further joinder of parties or amendments to pleadings is permitted without leave of court, good cause having been shown.  *See* Fed. R. Civ. P. 16(b); *Johnson v. Mammoth Recreations, Inc*., 975 F.2d 604 (9th Cir. 1992).

III.    JURISDICTION/VENUE

Jurisdiction is predicated upon 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).  Jurisdiction and venue are not disputed.

IV.    FACT DISCOVERY

Initial disclosures as required by Federal Rule of Civil Procedure 26(a) shall be completed within thirty (30) days of the scheduling conference.  Discovery shall be completed by **September 8, 2017,** with the scope of discovery focused primarily on class certification, while at the same time allowing for additional discovery to the extent duplication can be avoided later in the case.  In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed.  All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court.  While the assigned magistrate judge reviews proposed discovery phase protective orders, requests to seal or redact are decided by Judge Mueller as discussed in more detail below.  In addition, while the assigned magistrate judge handles discovery motions, the magistrate judge cannot change the schedule set in this order, except that the magistrate judge may modify a discovery cutoff to the extent such modification does not have the effect of requiring a change to the balance of the schedule.

V.     CLASS CERTIFICATION

Plaintiff's motion for class certification shall be file not later than **September 22, 2017.**  Any opposition shall be filed by **October 6, 2017**, and any reply by **October 13, 2017**.

Hearing on class certification is set for **October 20, 2017**, at 10:00 a.m. in Courtroom Number Three.

/////

## VI.  FURTHER STATUS CONFERENCE

The court sets a further status conference to schedule the balance of the case once class certification is decided for **December 14, 2017** at 2:00 p.m.

## XI.  SETTLEMENT CONFERENCE

The parties have expressed interest in appearing for settlement conference. Magistrate Judge Allison Claire has been randomly selected.  A settlement conference is scheduled before Judge Claire for **August 17, 2017** at 9:00 a.m. in Courtroom No. 26, 8th Floor.

The parties are directed to submit their confidential settlement conference statements to the Court using the following email address: acorders@caed.uscourts.gov. If a party desires to share additional confidential information with the Court, they may do so pursuant to the provisions of Local Rule 270(d) and (e).  Statements are due at least 7 days prior to the Settlement Conference.  Each party is reminded of the requirement that it be represented in person at the settlement conference by a person able to dispose of the case or fully authorized to settle the matter at the settlement conference on any terms.  *See* Local Rule 270.

## XII.  MODIFICATION OF STATUS (PRETRIAL SCHEDULING) ORDER

The parties are reminded that pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Status (Pretrial Scheduling) Order shall not be modified except by leave of court upon a showing of good cause.  Agreement of the parties by stipulation alone does not constitute good cause.  Except in extraordinary circumstances, unavailability of witnesses or counsel does not constitute good cause.

As noted, the assigned magistrate judge is authorized to modify only the discovery dates shown above to the extent any such modification does not impact the balance of the schedule of the case.

## XIII.  OBJECTIONS TO STATUS (PRETRIAL SCHEDULING) ORDER

This Status Order will become final without further order of the court unless objections are filed within fourteen (14) *calendar* days of service of this Order.

IT IS SO ORDERED.

DATED: July 6, 2017.

UNITED STATES DISTRICT JUDGE