```
 1  DAVID E. MASTAGNI, ESQ. (SBN 204244)
    ISAAC S. STEVENS, ESQ. (SBN 251245)
 2  ACE T. TATE, ESQ. (SBN 262015)
    IAN B. SANGSTER, ESQ. (SBN 287963)
 3  MASTAGNI HOLSTEDT
    A Professional Corporation
 4  1912 "I" Street
    Sacramento, California 95811
 5  Telephone: (916) 446-4692
    Facsimile: (916) 447-4614
 6  davidm@mastagni.com
    istevens@mastagni.com
 7  atate@mastagni.com
    isangster@mastagni.com
 8
    Attorneys for Plaintiffs
 9
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY VALENTINE, on behalf of herself and all similarly situated individuals,<br><br>Plaintiffs,<br>v.<br>SACRAMENTO METROPOLITAN FIRE DISTRICT,<br>Defendant. | Case No. 2:17-cv-00827-KJM-EFB<br><br>Complaint Filed: April 20, 2017<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that attorney Ian B. Sangster of the law firm of MASTAGNI HOLSTEDT, APC., located at 1912 I Street, Sacramento, California 95811, email: isangster@mastagni.com, hereby appears as an additional attorney of record, together with the other attorneys of record, on behalf of Plaintiffs Tracey Valentine, and all other similarly situated individuals, in the action entitled *Tracey Valentine v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. Ian B. Sangster requests that copies of all paper in the above-captioned matter be served on him.

Dated: July 13, 2017               **MASTAGNI HOLSTEDT, APC**

By: _____
DAVID E. MASTAGNI, ESQ.
ISAAC S. STEVENS, ESQ.
ACE T. TATE, ESQ.
IAN B. SANGSTER, ESQ.
Attorneys for Plaintiffs

---

NOTICE OF APPEARANCE        *VALENTINE, et al. v. SACRAMENTO METROPOLITAN FIRE DISTRICT*
Case No. 2:17-cv-00827-KJMEFB