Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
Lisa S. Charbonneau, Bar No. 245906
lcharbonneau@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone:    415.512.3000
Facsimile:    415.856.0306

Attorneys for Defendant
SACRAMENTO METROPOLITAN FIRE DISTRICT

David E. Mastagni, Bar No. 204244
davidm@mastagni.com
Isaac S. Stevens, Bar No. 251245
istevens@mastagni.com
Ace T. Tate, Bar No. 262015
atate@mastagni.com
Ian B. Sangster, Bar No. 287963
isangster@mastagni.com
MASTAGNI HOLSTEDT
A Professional Corporation
1912 "I" Street
Sacramento, California  95811
Telephone: 916.446.4692
Facsimile: 916.447.4624

Attorneys for Plaintiffs
TRACY VALENTINE, ET AL.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| TRACEY VALENTINE, on behalf of herself and all similarly situated individuals,,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO METROPOLITAN FIRE DISTRICT,<br><br>Defendant. | Case No.:  2:17-CV-00827-KJM-EFB<br><br>Complaint Filed: April 20, 2017<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE OF SETTLEMENT CONFERENCE** |

Plaintiffs TRACY VALENTINE, ET AL. ("Plaintiffs") and Defendant SACRAMENTO METROPOLITAN FIRE DISTRICT ("Defendant"), by and through their respective counsel,

1

Stipulation and [Proposed] Order to Continue Date of Settlement Conference

8233089.1 SA012-018

1 hereby stipulate as follows:

2     WHEREAS, pursuant to Judge Mueller's July 6, 2017 Scheduling Order (Dkt. No. 14),

3 the Parties were ordered to attend a settlement conference before Magistrate Judge Allison Claire

4 on August 17, 2017 at 9:00 a.m.; and

5     WHEREAS, the Parties have met and conferred and agree that the Parties need additional

6 time to evaluate and investigate the claims set forth in the Complaint and Answer in order to

7 meaningfully participate in the settlement conference; and

8     WHEREAS, the Parties agree it would be more productive for such a settlement

9 conference to take place between the October 20, 2017 hearing date on conditional certification

10 and the December 14, 2017 further status conference.

11     NOW THEREFORE, the Parties stipulate that:

12     The settlement conference originally set for August 17, 2017 should be continued to

13 November 17, 2017 or such later date convenient for the Court.

14

15 Dated: July 19, 2017                                 LIEBERT CASSIDY WHITMORE

16

17                                             By: */s/Lisa S. Charbonneau*

18                                                   Morin I. Jacob
                                                  Lisa S. Charbonneau

19                                                   Attorneys for Defendant
                                                  SACRAMENTO METROPOLITAN
                                                  FIRE DISTRICT

20

21 Dated: July 19, 2017                                 MASTAGNI HOLSTEDT

22

23

24                                             By: */s/David E. Mastagni*
                                                  David E. Mastagni

25                                                   Isaac S. Stevens
                                                  Ace T. Tate

26                                                   Ian Sangster
                                                  Attorneys for Plaintiffs

27                                                   TRACEY VALENTINE, ET AL.

28

Stipulation and [Proposed] Order to Continue Date of Settlement Conference

8233089.1 SA012-018

Liebert Cassidy Whitmore
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105

# [PROPOSED] ORDER

IT IS HEREBY ORDERED, based on the Parties' stipulation and for good cause shown, that:

1. The settlement conference scheduled for August 17, 2017 is continued to November 17, 2017.
2. The deadline to submit settlement statements and file notices of submission is re-set to seven calendar days prior to the new settlement conference date.

**IT IS SO ORDERED**

DATED: _____   _____

Liebert Cassidy Whitmore
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105