Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
Lisa S. Charbonneau, Bar No. 245906
lcharbonneau@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone:    415.512.3000
Facsimile:    415.856.0306

Attorneys for Defendant
SACRAMENTO METROPOLITAN FIRE DISTRICT

David E. Mastagni, Bar No. 204244
davidm@mastagni.com
Isaac S. Stevens, Bar No. 251245
istevens@mastagni.com
Ace T. Tate, Bar No. 262015
atate@mastagni.com
Ian B. Sangster, Bar No. 287963
isangster@mastagni.com
MASTAGNI HOLSTEDT
A Professional Corporation
1912 "I" Street
Sacramento, California  95811
Telephone: 916.446.4692
Facsimile: 916.447.4624

Attorneys for Plaintiffs
TRACY VALENTINE, ET AL.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| TRACEY VALENTINE, on behalf of herself and all similarly situated individuals,,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO METROPOLITAN FIRE DISTRICT,<br><br>Defendant. | Case No.:  2:17-CV-00827-KJM-EFB<br><br>Complaint Filed: April 20, 2017<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE OF SETTLEMENT CONFERENCE** |

Plaintiffs TRACY VALENTINE, ET AL. ("Plaintiffs") and Defendant SACRAMENTO METROPOLITAN FIRE DISTRICT ("Defendant"), by and through their respective counsel,

1

hereby stipulate as follows:

WHEREAS, pursuant to Judge Mueller's July 6, 2017 Scheduling Order (Dkt. No. 14), the Parties were ordered to attend a settlement conference before Magistrate Judge Allison Claire on August 17, 2017 at 9:00 a.m.; and

WHEREAS, the Parties have met and conferred and agree that the Parties need additional time to evaluate and investigate the claims set forth in the Complaint and Answer in order to meaningfully participate in the settlement conference; and

WHEREAS, the Parties agree it would be more productive for such a settlement conference to take place between the October 20, 2017 hearing date on conditional certification and the December 14, 2017 further status conference.

NOW THEREFORE, the Parties stipulate that:

The settlement conference originally set for August 17, 2017 should be continued to December 7, 2017 or such later date convenient for the Court.

Dated: July 20, 2017              LIEBERT CASSIDY WHITMORE

By:  */s/Lisa S. Charbonneau*
     Morin I. Jacob
     Lisa S. Charbonneau
     Attorneys for Defendant
     SACRAMENTO METROPOLITAN
     FIRE DISTRICT

Dated: July 20, 2017              MASTAGNI HOLSTEDT

By:  */s/David E. Mastagni*
     David E. Mastagni
     Isaac S. Stevens
     Ace T. Tate
     Ian Sangster
     Attorneys for Plaintiffs
     TRACEY VALENTINE, ET AL.

2

Stipulation and [Proposed] Order to Continue Date of Settlement Conference

8233089.1 SA012-018

## [PROPOSED] ORDER

IT IS HEREBY ORDERED, based on the Parties' stipulation and for good cause shown, that:

1. The settlement conference scheduled for August 17, 2017 is continued to December 7, 2017.
2. The deadline to submit settlement statements and file notices of submission is re-set to seven calendar days prior to the new settlement conference date.

**IT IS SO ORDERED**


DATED: _____    _____
                                HONRABLE ALLISON CLAIRE,
                                U.S. MAGISTRATE JUDGE

Liebert Cassidy Whitmore
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105

3
Stipulation and [Proposed] Order to Continue Date of Settlement Conference
8233089.1 SA012-018