Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
Lisa S. Charbonneau, Bar No. 245906
lcharbonneau@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone:    415.512.3000
Facsimile:    415.856.0306

Attorneys for Defendant
SACRAMENTO METROPOLITAN FIRE DISTRICT

David E. Mastagni, Bar No. 204244
davidm@mastagni.com
Isaac S. Stevens, Bar No. 251245
istevens@mastagni.com
Ace T. Tate, Bar No. 262015
atate@mastagni.com
Ian B. Sangster, Bar No. 287963
isangster@mastagni.com
MASTAGNI HOLSTEDT
A Professional Corporation
1912 "I" Street
Sacramento, California  95811
Telephone: 916.446.4692
Facsimile: 916.447.4624

Attorneys for Plaintiffs
TRACY VALENTINE, *et al.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| TRACEY VALENTINE, on behalf of herself and all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO METROPOLITAN FIRE DISTRICT,<br><br>Defendant. | Case No.:  2:17-CV-00827-KJM-EFB<br><br>Complaint Filed: April 20, 2017<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE DATE OF SETTLEMENT CONFERENCE** |

Plaintiffs TRACY VALENTINE, ET AL. ("Plaintiffs") and Defendant SACRAMENTO METROPOLITAN FIRE DISTRICT ("Defendant"), by and through their respective counsel,

hereby stipulate as follows:

WHEREAS, the Parties were ordered to attend a settlement conference before Magistrate Judge Allison Claire on December 7, 2017 at 9:00 a.m. (Dkt. No. 19); and

WHEREAS, the Parties have met and conferred and agree that the settlement conference should be re-set for November 9, 2017 at 9:00 a.m.; and

WHEREAS, the Court has indicated that November 9, 2017 is available on Magistrate Claire's calendar.

NOW THEREFORE, the Parties stipulate that:

The settlement conference set for December 7, 2017 should be rescheduled to November 9, 2017.

Dated: August 4, 2017                    LIEBERT CASSIDY WHITMORE

By:  */s/ Morin I. Jacob*
     Morin I. Jacob
     Lisa S. Charbonneau
     Attorneys for Defendant
     SACRAMENTO METROPOLITAN
     FIRE DISTRICT

Dated: August 4, 2017                    MASTAGNI HOLSTEDT

By:  */s/ David E. Mastagni*
     David E. Mastagni
     Isaac S. Stevens
     Ace T. Tate
     Ian Sangster
     Attorneys for Plaintiffs
     TRACEY VALENTINE, ET AL.

# [PROPOSED] ORDER

IT IS HEREBY ORDERED, based on the Parties' stipulation and for good cause shown, that:

1. The settlement conference scheduled for December 7, 2017 is rescheduled to November 9, 2017.

2. The deadline to submit settlement statements and file notices of submission is re-set to seven calendar days prior to the new settlement conference date.

**IT IS SO ORDERED**

DATED: _____          _____
                                      HONRABLE ALLISON CLAIRE,
                                      U.S. MAGISTRATE JUDGE

Liebert Cassidy Whitmore
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105

8251491.1 SA012-018

3

Stipulation and [Proposed] Order to Reschedule Date of Settlement Conference