| | |
|---|---|
| 1 | Morin I. Jacob, Bar No. 204598 |
| | mjacob@lcwlegal.com |
| 2 | Lisa S. Charbonneau, Bar No. 245906 |
| | lcharbonneau@lcwlegal.com |
| 3 | LIEBERT CASSIDY WHITMORE |
| | A Professional Law Corporation |
| 4 | 135 Main Street, 7th Floor |
| | San Francisco, California 94105 |
| 5 | Telephone: 415.512.3000 |
| | Facsimile: 415.856.0306 |

Attorneys for Defendant
SACRAMENTO METROPOLITAN FIRE DISTRICT

David E. Mastagni, Bar No. 204244
davidm@mastagni.com
Isaac S. Stevens, Bar No. 251245
istevens@mastagni.com
Ace T. Tate, Bar No. 262015
atate@mastagni.com
Ian B. Sangster, Bar No. 287963
isangster@mastagni.com
MASTAGNI HOLSTEDT
A Professional Corporation
1912 "I" Street
Sacramento, California 95811
Telephone: 916.446.4692
Facsimile: 916.447.4624

Attorneys for Plaintiffs
TRACY VALENTINE, *et al.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| TRACEY VALENTINE, on behalf of herself and all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO METROPOLITAN FIRE DISTRICT,<br><br>Defendant. | Case No.: 2:17-CV-00827-KJM-EFB<br><br>Complaint Filed: April 20, 2017<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE DATE OF SETTLEMENT CONFERENCE** |

Plaintiffs TRACY VALENTINE, ET AL. ("Plaintiffs") and Defendant SACRAMENTO METROPOLITAN FIRE DISTRICT ("Defendant"), by and through their respective counsel,

Error! Unknown document property name.   1

Stipulation and [Proposed] Order to Reschedule Date of Settlement Conference

Liebert Cassidy Whitmore
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105

1 hereby stipulate as follows:

2 WHEREAS, the Parties were ordered to attend a settlement conference before Magistrate Judge Allison Claire on December 7, 2017 at 9:00 a.m. (Dkt. No. 19); and

4 WHEREAS, the Parties have met and conferred and agree that the settlement conference should be re-set for November 9, 2017 at 9:00 a.m.; and

6 WHEREAS, the Court has indicated that November 9, 2017 is available on Magistrate Claire's calendar.

8 NOW THEREFORE, the Parties stipulate that:

9 The settlement conference set for December 7, 2017 should be rescheduled to November 9, 2017.

Dated: August 4, 2017                LIEBERT CASSIDY WHITMORE

By:    */s/ Morin I. Jacob*
       Morin I. Jacob
       Lisa S. Charbonneau
       Attorneys for Defendant
       SACRAMENTO METROPOLITAN
       FIRE DISTRICT

Dated: August 4, 2017                MASTAGNI HOLSTEDT

By:    */s/ David E. Mastagni*
       David E. Mastagni
       Isaac S. Stevens
       Ace T. Tate
       Ian Sangster
       Attorneys for Plaintiffs
       TRACEY VALENTINE, ET AL.

**Error! Unknown document name.**  2

Stipulation and [Proposed] Order to Reschedule Date of Settlement Conference

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED, based on the Parties' stipulation and for good cause shown, that:

1. The settlement conference scheduled for December 7, 2017 is rescheduled to November 9, 2017.
2. The deadline to submit settlement statements and file notices of submission is re-set to seven calendar days prior to the new settlement conference date.

**IT IS SO ORDERED**

DATED: August 7, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Liebert Cassidy Whitmore
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105