DAVID E. MASTAGNI, ESQ. (SBN 204244)
ISAAC S. STEVENS, ESQ. (SBN 251245)
ACE T. TATE, ESQ. (SBN 262015)
IAN B. SANGSTER, ESQ. (SBN 287963)
**MASTAGNI HOLSTEDT**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY VALENTINE, et al., on behalf of herself and all similarly situated individuals,<br><br>                    Plaintiffs,<br>v.<br><br>SACRAMENTO METROPOLITAN FIRE DISTRICT,<br>                    Defendant. | Case 2:17-cv-00827-KJM-EFB<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CONDITIONAL CERTIFICATION AND FACILITATED NOTICE PURSUANT 29 U.S.C. § 216(b)**<br><br>Date: October 20, 2017<br>Time: 10:00 a.m.<br>Courtroom: 3, 15th Floor |

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on October 20, 2017 at 10:00 a.m., or as soon as thereafter the matter may be heard, in the United States District Court for the Eastern District of California, Sacramento Division, Courtroom 3, 15th Floor, 501 I Street, Sacramento, California 95814, before the Honorable Kimberly J. Mueller, Plaintiff will and hereby does move the Court for an order conditionally certifying this case as a collective action and facilitating notice to potential opt-in plaintiffs pursuant to 29 U.S.C. section 216(b).

This motion is made on the grounds that this case constitutes an FLSA collective action affecting a group of "similarly situated" individuals consisting of any and all current or former employees of the Sacramento Metropolitan Fire District ("District") who have worked overtime and

received cash payments in lieu of District-provided health insurance and/or compensation in lieu of Holidays within the same work period at any time since April 20, 2014. Plaintiff seeks to notify potential opt-in plaintiffs in accordance with *Hoffman-La Roche, Inc. v. Sperling*, 493 U.S. 165 (1989). An order for conditional certification and facilitated notice is appropriate in this case to allow "similarly situated" potential plaintiffs information concerning the existence of a collective action lawsuit filed against the Defendant; to advise them of how their rights may be affected by this lawsuit; and to instruct them on the procedure for participating in this lawsuit.

This motion is brought pursuant to 29 U.S.C. section 216(b) and is based on the accompanying Memorandum of Points and Authorities, Declaration of Ian B. Sangster, Declaration of Plaintiff Tracey Valentine, Declaration of Ty Bailey, the Proposed Order and Proposed Notice submitted herewith, upon the pleadings, records and papers on file herein, and upon such oral and documentary evidence as may be presented at the hearing of this motion or, in the Court's discretion, resolved without oral argument. (FRCP 78(b); L.R. 230(g).)

Respectfully submitted,

Dated: September 22, 2017　　　**MASTAGNI HOLSTEDT, APC**

By: /s/ Ian B. Sangster
DAVID E. MASTAGNI, ESQ.
ISAAC S. STEVENS, ESQ.
ACE T. TATE, ESQ.
IAN B. SANGSTER, ESQ.
Attorneys for Plaintiffs