1 | DAVID E. MASTAGNI, ESQ. (SBN 204244)
ISAAC S. STEVENS, ESQ. (SBN 251245)
2 | ACE T. TATE, ESQ. (SBN 262015)
IAN B. SANGSTER, ESQ. (SBN 287963)
3 | **MASTAGNI HOLSTEDT**
*A Professional Corporation*
4 | 1912 "I" Street
Sacramento, California 95811
5 | Telephone: (916) 446-4692
Facsimile: (916) 447-4614
6 |
Attorneys for Plaintiffs
7 |

8 |

9 | IN THE UNITED STATES DISTRICT COURT

10 | EASTERN DISTRICT OF CALIFORNIA

11 |

12 | TRACEY VALENTINE, et al., on behalf of )   Case 2:17-cv-00827-KJM-EFB
herself and all similarly situated                )
13 | individuals,                                              )   **DECLARATION OF TRACEY VALENTINE**
                                                                     )   **IN SUPPORT OF MOTION FOR**
14 |                               Plaintiff,           )   **CONDITIONAL CERTIFICATION AND**
v.                                                        )   **FACILITATED NOTICE PURSUANT 29**
15 |                                                          )   **USC § 216(b)**
SACRAMENTO METROPOLITAN FIRE   )
16 | DISTRICT,                                           )
                               Defendant.          )
17 | _____ )

18 |

19 |
I, TRACEY VALENTINE declare as follows:
20 |
1.      I am over the age of 18 and competent to provide testimony.  I have personal knowledge of all
21 |
        of the information I provide herein other than that which I state to be based upon information
22 |
        and belief.  As to that information, I believe it to be true.
23 |
2.      Since approximately May 1994, I have been employed by the Sacramento Metropolitan Fire
24 |
        District ("District").
25 |
3.      I am a member of the Sacramento Area Fire Fighters, Local 522 ("Local 522").
26 |
4.      Local 522 is the recognized exclusive employee organization for District employees in the
27 |
        Administrative Support Personnel ("ASP") bargaining unit, the Battalion Chief's Organization
28 |

of the Sacramento Metropolitan Fire District ("Battalion Chiefs") bargaining unit, and the general bargaining unit ("Suppression"). The ASP unit includes District employees in the job classifications of Accounting Technician, Facilities Assistant, Facilities Technician, Logistics Technician, Office Technician, Video Technician, Safety Specialist, and Plan Intake Specialist. The Battalion Chiefs unit includes District employees in the job classification of Battalion Chief. The Suppression unit includes District employees in the job classifications of Recruit Firefighter, Firefighter, Fire Engineer, Fire Captain, Fire Inspector I, Fire Inspector II, Fire Supervising Inspector, Deputy Fire Marshal, Fire Investigator I, Fire Investigator II, Fire Supervising Investigator, Public Education Technician, Community Risk Specialist, Public Affairs Officer, Geographic Information Specialist I and II, Shop Assistant, Parts Buyer, Fire Mechanic, and Master Mechanic.

5.    Each bargaining unit (i.e., ASP, Battalion Chiefs, Suppression) has their own Memorandum of Understanding with the District which governs the terms and conditions of employment, including but not limited to compensation, applicable to all employees in each respective bargaining unit.

6.    Currently, I am employed in the job classification of "Fire Captain." Accordingly, the terms and conditions of my employment, including but not limited to my compensation, are governed by the Suppression MOU.

7.    Pursuant to Article 16 "Health Plans" of the Suppression MOU, I receive cash payments in the amount of $300 per month in lieu of District-provided health insurance. Attached hereto as "Exhibit A" is a true and correct copy of the relevant portion of the Suppression MOU allowing Local 522 members under the Suppression MOU to receive cash payments in lieu of District-provided health insurance.

8.    Over the past three years I have received cash payments for declining District-provided health insurance pursuant to the Suppression MOU. Attached hereto as "Exhibit B" is a true and correct copy of the Resolution of the Board of Directors for the Sacramento Metropolitan Fire District amending the previous Suppression Memorandum of Understanding to allow Local 522

1    members to receive cash payments in the amount of $300 per month in lieu of District-provided

2    health insurance during the relevant time period.

3  9.    Over the past three years I have suffered or been permitted to work overtime by the District as

4    it is defined by the Fair Labor Standards Act ( "FLSA").

5  10.   Over the past three years the District has failed to include the cash payments I received for

6    declining District-provided health insurance in the calculation of my regular rate of pay for

7    purposes of determining my overtime compensation or the cashing out of compensatory time

8    off ("CTO") due under the FLSA.

9  11.   Pursuant to Article 28 "Recognized Holidays" of the Suppression MOU I have received cash

10    payments in lieu of holidays ("HIL compensation"). Specifically, I am provided an additional

11    144 hours of pay per year, inclusive of all incentives. While I may choose to sell the 144 hours

12    in increments or as one lump sum, I must sell back all 144 hours on an annual basis. I am not

13    permitted to use the 144 hours as leave. Included within "Exhibit "A" is a true and correct copy

14    of the relevant portion of the current Suppression MOU providing all full-time suppression/shift

15    employees with HIL compensation.

16  12.   Over the past three years I have received HIL compensation from the District pursuant to the

17    terms of the applicable labor agreements. Attached hereto as "Exhibit C" is a true and correct

18    copy of the Letter of Understanding between Local 522 and the District which provided all full-

19    time suppression/shift employees with HIL compensation during the relevant time period.

20  13.   Over the past three years, the District has failed to include my HIL compensation in the

21    calculation of my regular rate of pay for the purposes of determining my overtime compensation

22    or cashing out compensatory time off ("CTO") due under the FLSA.

23  14.   I am aware of other District employees who are subject to the District's practice of failing to

24    include cash payments made in lieu of District-provided health benefits in the calculation of

25    their respective regular rate of pay for the purposes of determining their overtime compensation

26    or cashing out their CTO due under the FLSA.

27  15.   I am aware of other District employees who are subject to the District's practice of failing to

28    include HIL compensation in the calculation of their respective regular rate of pay for the

1    purposes of determining their overtime compensation or cashing out their CTO due under the

2    FLSA.

3   16.    I am informed and believe that the District has a uniform practice of excluding cash payments

4    made in lieu of District-provided health insurance in the calculation of District employees'

5    respective regular rate of pay for the purposes of determining overtime compensation or when

6    cashing out CTO due under the FLSA.

7   17.    I am informed and believe that the District has a uniform practice of excluding HIL

8    compensation in the calculation of District employees' respective regular rate of pay for the

9    purposes of determining overtime compensation or when cashing out CTO due under the FLSA.

10

11    I declare under penalty of perjury under the laws of the United States of America and the State

12 of California that the foregoing statements are true and correct and if called to testify as to these facts,

13 I could and would do so competently.   Executed on this **21** day of September, 2017,   at

14    <u>Weaverville</u>, California.

15                 By: _Tracey Valentine_

16                   TRACEY VALENTINE

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# MEMORANDUM OF UNDERSTANDING
## BY AND BETWEEN THE

### SACRAMENTO
### METROPOLITAN FIRE DISTRICT

### AND

### THE
### SACRAMENTO AREA FIRE FIGHTERS
### LOCAL 522, I.A.F.F. (AFL-CIO)

### TERM OF AGREEMENT
**May 1, 2016 through December 31, 2018**

# TABLE OF CONTENTS

CHAPTER I – ADMINISTRATION MATTERS..................................................... 4
    ARTICLE 1:    PREAMBLE AND RECOGNITION ................................ 4
    ARTICLE 2:    UNION SECURITY ................................................. 5
    ARTICLE 3:    JOINT LABOR-MANAGEMENT COMMITTEE.................. 6
    ARTICLE 4:    UNION BUSINESS LEAVE ....................................... 7
    ARTICLE 5:    EMPLOYEE RIGHTS .............................................. 8
    ARTICLE 6:    DISTRICT RIGHTS ............................................... 10
    ARTICLE 7:    POLICIES AND PROCEDURES ................................ 11
    ARTICLE 8:    SEPARABILITY AND ECONOMIC REOPENING ............ 12
    ARTICLE 9:    TERMS OF AGREEMENT AND MODIFICATIONS ........... 13
CHAPTER II – COMPENSATION .................................................... 14
    ARTICLE 10:    WAGES ........................................................... 14
    ARTICLE 11:    INCENTIVES AND ALLOWANCES ............................ 17
    ARTICLE 12:    HAZ-MAT PROGRAM .......................................... 21
    ARTICLE 13:    OVERTIME PAY ................................................. 24
    ARTICLE 14:    EMT CERTIFICATION AND RECERTIFICATION FOR
SUPPRESSION PERSONNEL .......................................................... 25
    ARTICLE 15:    UNIFORM ALLOWANCE ....................................... 27
CHAPTER III – BENEFIT PLANS .................................................... 28
    ARTICLE 16:    HEALTH PLANS ................................................. 28
    ARTICLE 17:    DENTAL/VISION PLANS ....................................... 30
    ARTICLE 18:    RETIREMENT PLANS .......................................... 31
    ARTICLE 19:    SICK LEAVE .................................................... 33
    ARTICLE 20:    LONG TERM DISABILITY PLAN ............................ 36
    ARTICLE 21:    WORK-RELATED DISABILITY BENEFITS................... 37
    ARTICLE 22:    LIFE INSURANCE .............................................. 39
    ARTICLE 23:    EMPLOYEE ASSISTANCE PROGRAM ....................... 40
CHAPTER IV – LEAVES AND HOLIDAYS.......................................... 41
    ARTICLE 24:    LEAVES: GENERAL ........................................... 41
    ARTICLE 25:    VACATION/PTO LEAVE ...................................... 43
    ARTICLE 26:    PERSONAL LEAVE ............................................. 46
    ARTICLE 27:    JURY DUTY ..................................................... 47
    ARTICLE 28:    RECOGNIZED HOLIDAYS..................................... 48
    ARTICLE 29:    CONVERSION OF HOURS AND REPORTING OF ACCRUED TIME
OFF BENEFITS ....................................................................... 50
CHAPTER V – HOURS, SCHEDULES, TRANSFERS AND STAFFING ............... 51
    ARTICLE 30:    DUTY HOURS AND SCHEDULE ............................. 51
    ARTICLE 31:    FILLING NECESSARY SHIFT VACANCIES.................. 52
    ARTICLE 32:    REQUESTS FOR TRANSFER AND STATION BIDDING ....... 56
    ARTICLE 33:    SHIFT TRADES ................................................. 61
CHAPTER VI – PROBATION, PROMOTION, DISCIPLINE GRIEVANCES ......... 64
    ARTICLE 34:    PROBATIONARY PERIODS.................................... 64
    ARTICLE 35:    PROMOTIONS................................................... 65
    ARTICLE 36:    DISCIPLINARY ACTIONS..................................... 67
    ARTICLE 37:    GRIEVANCE PROCEDURE.................................... 70

CHAPTER VII – MISCELLANEOUS PROVISIONS ............................................................. 73

    ARTICLE 38:   EXPOSURE TO CONTAGIOUS DISEASE IN THE COURSE AND
SCOPE OF EMPLOYMENT ............................................................................................. 73

    ARTICLE 39:   DRIVER'S EXAMINATION ................................................................. 74

    ARTICLE 40:   SAFETY ............................................................................................. 75

    ARTICLE 41:   SENIORITY ........................................................................................ 76

    ARTICLE 42:   REDUCTIONS IN FORCE AND RECALLS ........................................ 78

    ARTICLE 43:   HOUSE FUND .................................................................................... 80

    ARTICLE 44:   MILEAGE REIMBURSEMENT ......................................................... 81

    ARTICLE 45:   UNION BULLETIN BOARD .............................................................. 82

    ARTICLE 46:   DEFERRED COMPENSATION .......................................................... 83

    ARTICLE 47:   PERSONAL PROPERTY ................................................................... 84

    ARTICLE 48:   PHYSICAL FITNESS ........................................................................ 85

    ARTICLE 49:   PARITY SURVEY ............................................................................. 86

    ARTICLE 50:   LONGEVITY PAY ............................................................................ 87

SIGNATURE PAGE ......................................................................................................... 88

# CHAPTER III
# BENEFIT PLANS

**ARTICLE 16:   HEALTH PLANS**

The District contracts for employee, dependents, retirees and dependents medical insurance benefit plans through the PERS Public Employees Medical and Hospital Care Program.  Upon initial employment, eligible employees may enroll in any available medical plan of their choice. Thereafter, employees may change plans only during announced open enrollment periods.

A.   For employees or retirees who are enrolled the Basic or Combination plans, the District shall contribute 92% of the medical premium towards the employees or retirees selected health plan. Employees and retirees will be responsible for the remaining 8% of the premium, and any additional amount above the premium cap.  These contribution amounts became effective 7/1/13.

For retirees that are enrolled in the Medicare plan, the District shall contribute an amount equal to 100% of the third highest plan in CalPERS Bay Area at the tier that the employee selects. Retirees will be responsible for any additional amount above the premium cap.  For retirees who are Medicare age who were hired prior to March 31, 1986 and are not eligible to enroll in Medicare due to a lack of credits, the District shall provide a stipend that equals an amount equal to 8% of the premium at the tier that the employee selects up to the third highest plan in CalPERS Bay Area. These contribution amounts became effective 7/1/13.

The premium cap (effective on 1/1/14) will be the third highest plan in CalPERS Bay Area rates at the tier that the employee selects, i.e. employee, employee plus one, employee plus family.

Medical-in-lieu: All employees or retirees who opt out of health insurance as provided by the District shall receive $300 monthly in lieu of health insurance. An employee must provide proof of coverage in order to opt out of District provided health insurance.



B.   In the event of the employee's/retiree's death, his/her dependents health coverage will continue subject to:

1.   The general rules of eligibility of the plan.

2.   The dependent(s) pay the cost of the plan premiums and all administrative charges of the plan (Employees who remain in the Ranch Cordova Retirement Program).

C.   The District shall maintain the following Flexible Spending Accounts (FSA) as permitted by the Internal Revenue Regulations:

1.   Out-of-pocket costs for District-sponsored health and dental insurance premiums;

2.   Un-reimbursed health care expenses up to the statutory limit per plan year effective each January, and

3.     Dependent care reimbursement.

4.     Administrative costs shall be paid by the employees participating in FSA.

5.     Employees will be informed about the procedures, rules and the forfeiture of funds left unused in FSA.

D.    Retirement Medical

1.     Upon Retirement, medical coverage will be paid by the District for both the employee and dependents in accordance with Section 22810 of the Government Code which provides:

> *"...Any annuitant, who at the time he or she became an annuitant was enrolled in a health benefits plan, may continue his or her enrollments as provided by regulations of the board, without discrimination as to premium rates or benefit coverage."*

2.     Except for employees retiring for service connected disability, all new employees hired after December 1, 2011, and retiring from the District will obtain five percent (5%) credit per year towards retiree medical up to one hundred percent (100%) at the completion of twenty (20) years of employment with the District.

E.    Effective July 1, 2013, the savings associated with the 8% employee and retiree premium contributions, and effective January 1, 2014, the savings associated with lowering the premium cap, as outlined above, shall be contributed into the OPEB trust established by the District with CalPERS to prefund retiree medical benefits. In consideration for employee contributions above each existing retiree, future retirees, and their survivors shall have a vested right to receive the maximum retiree health benefits that were provided as of July 1, 2013 and to receive the maximum amount of annual increases in subsidies or reimbursements for retiree health benefits in all subsequent years thereafter. This vested retiree health benefit right is promised to current retirees and future retirees, i.e. active employees when they retire even beyond the term of this MOU.



## ARTICLE 28:   RECOGNIZED HOLIDAYS

A.   All full-time suppression/shift employees, or suppression/shift employees assigned to days on a limited basis, shall receive as compensation for working on Holidays, an additional 144 hours of pay per year at the employee's base monthly compensation, inclusive of all incentives.  The employee will sell all 144 hours of Holiday Leave on an annual basis.  Hours may be sold in increments of 12 hours per month for 12 months, or however they choose, i.e. one lump sum, or any combination in 12 hour increments throughout the year.  If a shift employee is hired at other than the first of the year the Holiday pay will be prorated based upon the hire date.  The District shall observe official holidays in accordance with the following designated holiday schedule.  The District's office may be closed on observed days for designated holidays and non-suppression/day shift employees who would otherwise have worked on such days shall utilize PTO, unless otherwise mutually agreed to by the employee(s) and the Fire Chief or his designated representative.  The designated holidays shall be posted annually and shall be as follows:

1.   New Year's Day
2.   Martin Luther King's Birthday
3.   Lincoln's Birthday
4.   Washington's Birthday
5.   Memorial Day
6.   Independence Day
7.   Labor Day
8.   Columbus Day
9.   Veteran's Day
10.  Thanksgiving Day
11.  Day after Thanksgiving Day
12.  Christmas Day

B.   Suppression employees reassigned to temporary Day shift assignments shall not accrue Holiday Leave while assigned to days. Additionally, said employees shall be given the above referenced holidays off, without reduction to their compensation or Vacation accounts.  Holiday accruals will be prorated in the event that an employee is not assigned to day shift for the entire year.

C.   Unless otherwise directed by the Fire Chief based on the essential operational needs of the District, a modified work schedule consisting of routine equipment and station maintenance, apparatus and equipment readiness, public education programs, and emergency work will be in effect on designated holidays.

D.   If an employee's scheduled day off is either Friday, or Monday, during a standard District workweek in which a recognized holiday falls, the following shall apply:

1.   If the holiday falls on a Friday, the preceding day may be recognized; if the holiday falls on a Monday, the following day may be observed.

2.   If the recognized holiday falls on a Saturday, the preceding Friday may be considered the employee's holiday.

E.   If the recognized holiday falls on a Sunday, the following Monday may be considered the employee's holiday.

F.   This schedule may be deviated from with the approval of the Fire Chief or his designee.

## SIGNATURE PAGE

**IN WITNESS WHEREOF,** the representatives of each party to this Memorandum of Understanding have affixed their signatures to this document on the dates set forth below.

**SACRAMENTO METROPOLITAN FIRE DISTRICT**

8-24-2017
_____
Date

_____
Todd Harms, Fire Chief

8-24-17
_____
Date

_____
Greg Casentini, Deputy Chief


**INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS, LOCAL 522, AFL-CIO**

08/24/2017
_____
Date

_____
Brian Rice, President, Local 522

8/24/17
_____
Date

_____
Ty Bailey, Vice President, Local 522

SMFD LOCAL 522 MOU - 05/01/16          -88-

# EXHIBIT B



# Sacramento Metropolitan Fire District

10545 Armstrong Ave., Suite 200 • Mather, CA 95655 • Phone (916) 859-4300 • Fax (916) 859-3728

**KURT P. HENKE**
*Fire Chief*

### RESOLUTION NO. <u>2013-64</u>

A RESOLUTION OF THE BOARD OF DIRECTORS FOR THE SACRAMENTO METROPOLITAN FIRE DISTRICT AMENDING THE MEMORANDUM OF UNDERSTANDING BY AND BETWEEN THE SACRAMENTO METROPOLITAN FIRE DISTRICT AND THE SACRAMENTO AREA FIREFIGHTERS LOCAL 522, I.A.F.F. (AFL-CIO)

**WHEREAS,** the Board of Directors, pursuant to California Government Code Section 3500 *et seq.,* enacted by resolution an Employer-Employee Relations policy; and

**WHEREAS,** under the terms of that policy, representatives for the District have met and conferred with representatives of Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) (hereinafter referred to as "Local 522") a recognized employee organization over modifications in the current Memorandum of Understanding which is scheduled to terminate on December 31, 2013; and

**WHEREAS,** these parties have reached agreement on matters relating to the wages, hours and working conditions of the employees in said unit, as reflected by the written amendments to the Memorandum of Understanding attached hereto; and

**WHEREAS,** the Board of Directors finds that the provisions and agreements contained in this amendment to the Memorandum of Understanding are fair and proper and in the best interest of the District; and

**WHEREAS,** Local 522 represented employees and retirees have agreed to provide substantial health care costs savings to the District by reducing the health care premium cap and contributing 8% of the health care premiums for the express purpose of having the associated savings contributed into the OPEB trust established by the District with CalPERS to prefund retiree medical benefits in consideration of the District expressly agreeing that each existing retiree, future retirees, and their survivors shall have a vested right to receive the maximum retiree health benefits that were provided as of July 1, 2013 and to receive the maximum amount of annual increases in subsidies or reimbursements for retiree health benefits in all subsequent years thereafter; and

**WHEREAS,** in exchange for health care savings and OPEB trust contributions provided by the employees and retirees, the Board of Directors finds and declares that the District intends and agrees to be bound by an express contractual obligation to continue providing health care benefits at the levels specified herein for each retiree and dependents, if any, presently enrolled and for each retiree in the future, even beyond the term of this agreement,

**NOW, THEREFORE BE IT RESOLVED,** by the Board of Directors of the Sacramento Metropolitan Fire District that the January 1, 2007 through December 31, 2013 Memorandum of Understanding hereby be amended as follows:

The Tentative Agreements agreed to on February 14, 2013, shall be implemented upon ratification and approval of this agreement as follows:

    1.    **Terms of Agreement and Modifications.**  Article 9, Section A shall be amended to:

A.    The terms and conditions of this Memorandum of Understanding are effective on January 1, 2007 and shall remain in full force and effect through December 31, 2015.

2.    **Terms of Agreement and Modifications**.  Article 9 shall be amended to include a new section which shall provide as follows:

D.    Re-openers
   1.   Effective 1/1/14 the District and the Union shall meet and confer over developing language to replace the current 85% language subject to written mutual agreement.

   2.   Effective 7/1/14 all salary schedules will have wage re-openers, subject to mutual written agreement.

   3.   Effective 7/1/15 all salary schedules will have wage re-openers, subject to mutual written agreement.

   4.   The District and the Union shall meet and confer over changes in the Federal Laws governing health care benefits subject to written mutual agreement.

3.    **Uniform Allowance.**  Article 15, Sections A, B, and C shall be amended to include:

A. B. C.    Uniform allowance shall be rolled into base pay effective 01/01/2014. The current uniform allowance shall be divided by twelve and added to base salary.

4.    **Health Plans**. Article 16, Section A shall be amended to:

A.    For employees or retirees who are enrolled the Basic or Combination plans, the District shall contribute 92% of the medical premium towards the employees or retirees selected health plan. Employees and retirees will be responsible for the remaining 8% of the premium, and any additional amount above the premium cap. These contribution amounts will be effective 7/1/13.

For retirees that are enrolled in the Medicare plan, the District shall contribute an amount equal to 100% of the third highest plan in CalPERS Bay Area at the tier that the employee selects. Retirees will be responsible for any additional amount above the premium cap.  For retirees who are Medicare age who were hired prior to March 31, 1986 and are not eligible to enroll in Medicare due to a lack of credits, the District shall provide a stipend that equals an amount equal to 8% of the premium at the tier that the employee selects up to the third highest plan in CalPERS Bay Area. These contribution amounts will be effective 7/1/13.

The premium cap (effective on 1/1/14) will be the third highest plan in CalPERS Bay Area rates (currently Blue Shield NetValue) at the tier that the employee selects, i.e. employee, employee plus one, employee plus family.

*Medical-in-lieu:* All employees or retirees who opt out of health insurance as provided by the District shall receive $300 monthly in lieu of health insurance. An

-2-

employee must provide proof of coverage in order to opt out of District provided health insurance.

5. **Health Plans**. Article 16 shall be amended to include a new section which shall provide as follows:

E. Effective July 1, 2013, the savings associated with the 8% employee and retiree premium contributions, and effective January 1, 2014, the savings associated with lowering the premium cap, as outlined above, shall be contributed into the OPEB trust established by the District with CalPERS to prefund retiree medical benefits. In consideration for employee contributions above each existing retiree, future retirees, and their survivors shall have a vested right to receive the maximum retiree health benefits that were provided as of July 1, 2013 and to receive the maximum amount of annual increases in subsidies or reimbursements for retiree health benefits in all subsequent years thereafter. This vested retiree health benefit right is promised to current retirees and future retirees, i.e. active employees when they retire even beyond the term of this MOU.

6. **Retirement Plans**. Article 18, Section A shall be amended to:

A. The primary plan shall be the Public Employee' Retirement System (PERS), Public Safety or Miscellaneous Employees Plan, whereby all employees shall be required to participate in the PERS plan applicable to their position. The District shall maintain retirement benefits in accordance with its contract with the Public Employees Retirement System (PERS) for Public Safety and Miscellaneous Employees.

Safety employees who were hired prior to 1/1/13 the District shall pay to PERS the member's contribution to their PERS retirement plan not to exceed nine percent (9%) of the employee's salary and shall be treated as Employer Paid Member Contributions (EPMC) as PERS reportable compensation for retirement purposes. Such payments shall be made payable to the member's own PERS account. Safety employees shall contribute twelve percent (12%) of the employee's salary towards the employers' contribution with PERS until 12/31/15.

Non-Safety employees who were hired prior to 1/1/13 the District shall pay to PERS the member's contribution to their PERS retirement plan not to exceed eight percent (8%) of the employee's salary and shall be treated as Employer Paid Member Contributions (EPMC) as PERS reportable compensation for retirement purposes. Such payments shall be made payable to the member's own PERS account. As soon as administratively possible after the ratification of this agreement, non-safety employees shall contribute eight percent (8%) of the employee's salary towards the employers' contribution with PERS until 12/31/15.

Employees who were hired after 12/31/12 shall pay fifty percent (50%) of the normal cost of the relative PERS retirement plan as required by PEPRA.

7. **Vacation/PTO Leave**. Article 25, Section A shall be amended to include:

A. Suppression employees may sell back up to a maximum of 120 hours of vacation leave per year. Vacation sell back must be in 24-hour increments.

**ON A MOTION** by Director _____Jones_____, seconded by

Director _____Pierson_____, the foregoing resolution was passed and

adopted this 25th day of April, 2013, by the following vote to wit:


**AYES:**      Jones, Kelly, Orzalli, Pierson, Scheidegger, Wood

**NOES:**      None

**ABSTAIN:** Monk

**ABSENT:**  Clark, Goold

**SACRAMENTO METROPOLITAN FIRE DISTRICT**

By: _____

President, Board of Directors

Attested By:

_____

Clerk of the Board

# EXHIBIT C

## LETTER OF UNDERSTANDING
Effective April 1, 2011

This Letter of Understanding is entered into by and between the Sacramento Metropolitan Fire District, hereinafter referred to as the "District," and the Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) hereinafter referred to as the "Union." It is the purpose of this agreement to modify and amend the Memorandum of Understanding between the District and the Union as set forth in this agreement. It is the intent of the parties that the terms of this Letter of Understanding shall remain in full force and effect for the term of the existing MOU and any successor agreements, unless superceded, amended or modified by mutual written agreement between the parties. This document reflects the results of an agreement negotiated by Representatives of Local 522 and that of the Administration of Sacramento Metropolitan Fire Department.

**Article 9 Terms of Agreement and Modifications (C) of the MOU between Sacramento Metropolitan Fire District And the Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) shall be established with the following:**

C.    All wages, hours, benefits and working conditions in effect on the date the January 1, 2007 through December 31, 2013 agreement was ratified will be reinstated on December 1, 2013, unless the District or the Union requests a modification on or before July 1, 2013. In such event, the District and the Union shall immediately negotiate over said reinstatement of wages, hours, benefits, working conditions or further concessions thereof. In the event no agreement is reached by August 1, 2013, the parties shall proceed to mede-arb any and all such disagreements between the parties. The mede-arb hearings shall extend no longer than four (4) days. The mede-arbitrator shall consider the financial condition of the District and the wages, hours, benefits and working conditions of comparable jurisdictions in reaching an award. The selection of the mede-arbitrator must occur no later than April 1, 2013. The mede-arbitration award shall issue no later than October 31, 2013.

**Article 10 Wages (A) of the MOU between Sacramento Metropolitan Fire District And the Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) shall be replaced with the following:**

A.     Represented personnel shall be compensated at the following monthly wage rates, or base hourly equivalent in accordance with the provisions of this Agreement and Fair Labor Standards Act, as amended.

### Effective March 24, 2011

| | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 |
|---|---|---|---|---|---|---|---|
| Recruit Firefighter | | | | | | | 4,256 |
| Firefighter | 5,419 | 5,690 | 5,974 | 6,273 | 6,587 | | |
| Firefighter (effective 3/24/11) | 4,915 | 5,160 | 5,419 | 5,690 | 5,975 | 6,274 | 6,588 |
| Fire Engineer | 5,998 | 6,298 | 6,613 | 6,944 | 7,291 | | |
| Fire Captain | 6,721 | 7,057 | 7,410 | 7,780 | 8,169 | | |
| Fire Inspector I | 4,430 | 4,651 | 4,884 | 5,128 | 5,384 | | |
| Fire Inspector II | 5,998 | 6,298 | 6,613 | 6,944 | 7,291 | | |
| Fire Supervising Inspector | 6,721 | 7,057 | 7,410 | 7,780 | 8,169 | | |
| Fire Investigator I | 4,430 | 4,651 | 4,884 | 5,128 | 5,384 | | |
| Fire Investigator II | 5,998 | 6,298 | 6,613 | 6,944 | 7,291 | | |
| Fire Supervising Investigator | 6,721 | 7,057 | 7,410 | 7,780 | 8,169 | | |
| Hazardous Materials Inspector | 6,462 | 6,785 | 7,124 | 7,480 | 7,854 | | |
| Public Education Technician | 3,928 | 4,124 | 4,330 | 4,547 | 4,774 | | |
| Public Education Senior Technician | 4,319 | 4,535 | 4,762 | 5,000 | 5,250 | | |
| Public Affairs Officer | 4,726 | 4,962 | 5,210 | 5,471 | 5,745 | | |
| Geographic Information Specialist I | | | | | | | |
| Geographic Information Specialist II | 4,381 | 4,600 | 4,830 | 5,071 | 5,325 | | |
| Shop Assistant | 3,020 | 3,171 | 3,330 | 3,497 | 3,672 | | |
| Equipment Service Technician | 4,392 | 4,612 | 4,843 | 5,085 | 5,339 | | |
| Mechanic | 5,467 | 5,740 | 6,027 | 6,328 | 6,644 | | |
| Master Mechanic | 6,089 | 6,393 | 6,713 | 7,049 | 7,401 | | |

**Article 11 Incentives and Allowances (A)(i)(m) of the MOU between Sacramento Metropolitan Fire District And the Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) shall be replaced with the following:**

A.   Education Incentives

   i)   All above certificates and degrees, A through H, shall not exceed five percent (5%) for the first five (5) years of employment for new employees hired after the approval of this agreement.  After five (5) years of employment, all above certificates and degrees, A through H, shall not exceed six and one-half percent (6.5%) of base pay.

   m)   The maximum amount an employee may receive in educational incentives is five percent (5%) for the first five (5) years of employment for new employees hired after the approval of this agreement.  After five (5) years, the maximum amount an employee may receive in educational incentives is ten and one-half percent (10.5%) of base pay.

**Article 13 Overtime Pay (A)(F) of the MOU between Sacramento Metropolitan Fire District And the Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) shall be replaced with the following:**

A.   All hours worked which are not during an employee's regular scheduled hours shall be compensated at the rate of one and one-half (1.5) times the employee's base wage exclusive of incentives.

F.   Day shift employees shall not be permitted to have accrued more than one hundred seventy-one (171) hours of CTO at any one time.  CTO hours accrued after the approval of this agreement will be compensated at the employee's base wage exclusive of incentives.

**Article 16 Health Plans (D) of the MOU between Sacramento Metropolitan Fire District And the Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) shall be established with the following:**

D.   Retirement Medical

   1.   Upon retirement, medical coverage will be paid by the District for both the employee and dependents in accordance with Section 22810 of the Government Code which provides:

   *"... Any annuitant, who at the time he or she became an annuitant was enrolled in a health benefits plan, may continue his or her enrollment as provided by regulations of the board, without discrimination as to premium rates or benefit coverage."*

2.   Except for employees retiring for service connected disability, all new employees hired after the ratification and approval of this agreement and retiring from the District will obtain five percent (5%) credit per year towards retiree medical up to one hundred percent (100%) at the completion of twenty (20) years of employment with the District.

**Article 18 Retirement Plans (B) of the MOU between Sacramento Metropolitan Fire District And the Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) shall be replaced with the following:**

B.   Secondary Plans

As a result of prior mergers by and between the North Highlands, Citrus Heights and Rancho Cordova Fire Protections Districts, some represented employees shall be entitled to continue their participation in such plans. The District agrees to pay both the District's and employee's contribution to these respective plans for the term of this Agreement.

1.   Effective on the date of ratification and approval of this agreement, SCERS members shall pay six (6) percentage points of the employer's percentage contribution to SCERS retirement. Payments will be deducted on a pre-tax basis and applied towards the employer's contribution.

2.   Effective on July 1, 2011, SCERS members shall pay an additional three (3) percentage points of the employer's percentage contribution to SCERS retirement. Payments will be deducted on a pre-tax basis and applied towards the employer's contribution.

3.   Effective on July 1, 2012, SCERS members shall pay an additional three (3) percentage points of the employer's percentage contribution to SCERS retirement. Payments will be deducted on a pre-tax basis and applied towards the employer's contribution.

**Article 18 Retirement Plans (E)(3)(4) of the MOU between Sacramento Metropolitan Fire District And the Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) shall be replaced with the following:**

E.   Benefit Levels:

3.   All local safety members hired after the date of ratification and approval of this agreement shall be covered under the PERS 3% @ 55 years of service local safety member plan.

4.   All local miscellaneous members hired after the date of ratification and approval of this agreement shall be under the PERS 2.5% @ 55 years of service local miscellaneous member plan.

**Article 18 Retirement Plans (J)(K)(L) of the MOU between Sacramento Metropolitan Fire District And the Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) shall be established with the following:**

J.  Effective on the date of ratification and approval of this agreement, all personnel shall pay six (6) percentage points of the employer's percentage contribution to PERS retirement.  Payments will be deducted on a pre-tax basis and applied towards the employer's contribution pursuant to IRC 414(h)(2) and Government Code Section 20516 and maintained in the employee's account.

K.  Effective on July 1, 2011, all personnel shall pay an additional three (3) percentage points of the employer's percentage contribution to PERS retirement. Payments will be deducted on a pre-tax basis and applied towards the employer's contribution pursuant to IRC 414(h)(2) and Government Code Section 20516 and maintained in the employee's account for a total of nine (9) percentage points of the employer's percentage contribution to PERS retirement.

L.  Effective on July 1, 2012, all personnel shall pay an additional three (3) percentage points of the employer's percentage contribution to PERS retirement. Payments will be deducted on a pre-tax basis and applied towards the employer's contribution pursuant to IRC 414(h)(2) and Government Code Section 20516 and maintained in the employee's account for a total of twelve (12) percentage points of the employer's percentage contribution to PERS retirement.

**Article 19 Sick Leave (A)(1) of the MOU between Sacramento Metropolitan Fire District And the Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) shall be replaced with the following:**

A.  Accumulation and Use
Full-time employees shall accumulate and may use sick leave at the following rates:

1.  Shift personnel shall accumulate sick leave at the rate of 132 hours per calendar year (11 hours per month) until the end of their fifth year of employment for new employees hired after the approval of this agreement. Thereafter, shift personnel shall accumulate sick leave at the rate of 264 hours per calendar year (22 hours per month).  Sick leave shall be deducted on an even-hour basis.



**<u>Article 28 Recognized Holidays (A) of the MOU between Sacramento Metropolitan Fire District And the Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) shall be replaced with the following:</u>**

A.   All full-time suppression/shift employees, or suppression/shift employees assigned to days on a limited basis, shall receive as compensation for working on Holidays, an additional 144 hours of pay. The employee will sell all 144 hours of Holiday Leave on an annual basis. Hours may be sold in increments of 12 hours per month for 12 months, or however they choose, *i.e.* one lump sum, or any combination in 12 hour increments throughout the year. If a shift employee is hired at other than the first of the year the Holiday pay will be prorated based upon the hire date. The District shall observe official holidays in accordance with the following designated holiday schedule. The District's office may be closed on observed days for designated holidays and non-suppression/day shift employees who would otherwise have worked on such days shall utilize PTO, unless otherwise mutually agreed to by the employee(s) and the Fire Chief or his designated representative. The designated holidays shall be posted annually and shall be as follows:

1   New Year's Day
2   Martin Luther King's Birthday
3   Lincoln's Birthday
4   Washington's Birthday
5   Memorial Day
6   Independence Day
7   Labor Day
8   Columbus Day
9   Veteran's Day
10   Thanksgiving Day
11   Day after Thanksgiving Day
12   Christmas Day

**<u>Article 39 Driver's Examination of the MOU between Sacramento Metropolitan Fire District And the Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) shall be replaced with the following:</u>**

All suppression employees shall posses and maintain, as a condition of continued employment, a California Class C driver's license with the Firefighter Endorsement. The District will pay for the Physician's Report (DL546A) exam associated with the license that is required every four (4) years. The exam is not eligible for overtime and shall be completed off duty. Further licensure, Class A or B commercial with the Firefighter Endorsement, will be reviewed on a case by case basis or by District need. At the District's discretion, this condition of employment may be waived.

IN WITNESS WHEREOF, the authorized representatives of each party to this Memorandum of Understanding have affixed their signatures to this document on the dates set forth below.

_____        6/15/11
Kurt P. Henke, Fire Chief                Date

_____        6-20-11
Mark A. Wells, Assistant Chief, Human Resources    Date

_____        6-22-11
Rich Schmiedt, Local 522 President       Date

_____        6-1-11
Maurice Johnson, Local 522 Vice-President    Date