DAVID E. MASTAGNI, ESQ. (SBN 204244)
ISAAC S. STEVENS, ESQ. (SBN 251245)
ACE T. TATE, ESQ. (SBN 262015)
IAN B. SANGSTER, ESQ. (SBN 287963)
**MASTAGNI HOLSTEDT**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY VALENTINE, et al., on behalf of herself and all similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> SACRAMENTO METROPOLITAN FIRE DISTRICT, <br> Defendant. | Case 2:17-cv-00827-KJM-EFB <br><br> **DECLARATION OF TY BAILEY IN SUPPORT OF MOTION FOR CONDITIONAL CERTIFICATION AND FACILITATED NOTICE PURSUANT 29 U.S.C. § 216(b)** |

I, TY BAILEY declare as follows:

1.     I am over the age of 18 and competent to provide testimony.  I have personal knowledge of all of the information I provide herein other than that which I state to be based upon information and belief.  As to that information, I believe it to be true.

2.     Since approximately February of 2003 I have been employed by the Sacramento Metropolitan Fire District ("District").

3.     I am a member of the Sacramento Area Fire Fighters, Local 522 ("Local 522").

4.     Local 522 is the recognized exclusive employee organization for District employees in the Administrative Support Personnel ("ASP") bargaining unit, the Battalion Chief's Organization of the Sacramento Metropolitan Fire District ("Battalion Chiefs") bargaining

1      unit, and the general bargaining unit ("Suppression").  The ASP unit includes District

2      employees in the job classifications of Accounting Technician, Facilities Assistant, Facilities

3      Technician, Logistics Technician, Office Technician, Video Technician, Safety Specialist,

4      and Plan Intake Specialist.   The Battalion Chiefs unit includes District employees in the job

5      classification of Battalion Chief.  The Suppression unit includes District employees in the

6      job classifications of Recruit Firefighter, Firefighter, Fire Engineer, Fire Captain, Fire

7      Inspector I, Fire Inspector II, Fire Supervising Inspector, Deputy Fire Marshal, Fire

8      Investigator I, Fire Investigator II, Fire Supervising Investigator, Public Education

9      Technician, Community Risk Specialist, Public Affairs Officer, Geographic Information

10     Specialist I and II, Shop Assistant, Parts Buyer, Fire Mechanic, and Master Mechanic.

11  5.  Each bargaining unit (i.e., ASP, Battalion Chiefs, Suppression) has their own Memorandum

12     of Understanding with the District which governs the terms and conditions of employment,

13     including but not limited to compensation, applicable to all employees in each respective

14     bargaining unit.

15  6.  I also serve as one of two Local 522 vice presidents.  I was elected to my position as

16     Sacramento Metropolitan Fire District unit Vice President ("Metro Vice President") in

17     March of 2012 by Local 522 members that are employed by the District.

18  7.  As Metro Vice President, my duties include, but are not limited to, participating in

19     bargaining over labor contracts, meeting and conferring with management personnel over the

20     terms and conditions of employment on behalf of Local 522 members employed by the

21     District, and monitoring and ensuring compliance with the labor contracts between Local

22     522 and the District.  As a result, I am personally familiar with the labor contracts for the

23     ASP, Battalion Chiefs, and Suppression units.

24  8.  One of the primary issues negotiated between Local 522 and the District during bargaining

25     over labor contracts and addressed with management personnel during the meet and confer

26     process is the overtime compensation of Local 522 members.  As a result, I am personally

27     familiar with the District's overtime practices pertaining to Local 522 members in the ASP,

28     Battalion Chiefs, and Suppression units.

9.    Currently, I am employed by the District in the job classification of "Fire Captain." Accordingly, the terms and conditions of my employment, including but not limited to my compensation, are governed by the Suppression MOU.

10.    Pursuant to Article 28 "Recognized Holidays" of the Suppression MOU I have received cash payments in lieu of holidays ("HIL compensation"). Specifically, I am provided an additional 144 hours of pay per year, inclusive of all incentives. While I may choose to sell the 144 hours in increments or as one lump sum, I must sell back all 144 hours on an annual basis. I am not permitted to use the 144 hours as leave. Attached hereto as Exhibit "A" is a true and correct copy of the relevant portions of the current Suppression MOU between the District and Local 522 providing all full-time suppression/shift employees with HIL compensation.

11.    Over the past three years I have received HIL compensation from the District pursuant to the terms of the applicable labor agreements. Attached hereto as "Exhibit B" is a true and correct copy of the Letter of Understanding between Local 522 and the District which provided all full-time suppression/shift employees with HIL compensation during the relevant time period.

12.    Over the past three years I have suffered or been permitted to work overtime by the District as it is defined by the Fair Labor Standards Act ("FLSA").

13.    Over the past three years, the District has failed to include my HIL compensation in the calculation of my regular rate of pay for the purposes of determining my overtime compensation or cashing out compensatory time off ("CTO") due under the FLSA.

14.    As Metro Vice President, I have confirmed that other employees in job classifications under the Suppression MOU are subject to the District's practice of failing to include HIL compensation in the calculation of their respective regular rate of pay for the purposes of determining their overtime compensation or cashing out CTO due under the FLSA.

15.    Pursuant to Article 26 of the Battalion Chief's MOU, shift Battalion Chiefs receive HIL compensation as well. Specifically, shift Battalion Chiefs are provided an additional 144 hours of pay per year, inclusive of all incentives. While shift Battalion Chiefs may choose to

1    sell the 144 hours in increments or as one lump sum, they must sell back all 144 hours on an

2    annual basis.  Shift Battalion Chiefs are not permitted to use the 144 hours as leave.

3    Attached hereto as "Exhibit C" is a true and correct copy of the Letter of Understanding

4    between the District and Local 522 allowing shift Battalion Chiefs to receive HIL

5    compensation during the relevant time period.

6  16.    I am aware of shift Battalion Chiefs under the Battalion Chief's MOU who are subject to the

7    District's practice of failing to include HIL compensation in the calculation of their

8    respective regular rate of pay for the purposes of determining their overtime compensation or

9    cashing out CTO due under the FLSA.

10  17.    I am aware of *Hart v. City of Alameda* (N.D. Cal., June 17, 2009, No. C-07-5845MMC)

11    2009 WL 1705612, which held that compensation provisions similar to the HIL

12    compensation must be included in the regular rate of pay pursuant to 29 U.S.C. § 207(e).  I

13    am informed and believed that the HIL compensation received by certain Local 522

14    members is essentially identical to the compensation provisions in *Hart* and accordingly

15    should be included in the regular rate of pay for the purposes of determining the overtime

16    compensation of such Local 522 members.

17  18.    I am similarly situated to the current plaintiffs in the above-captioned lawsuit (i.e.,

18    *Valentine, et al. v. Sacramento Metropolitan Fire District*) in that the District is failing to

19    include all statutorily required forms of compensation in my regular rate of pay used to

20    calculate my overtime compensation.  Additionally, many of the plaintiffs in the above-

21    captioned lawsuit also have claims against the District for excluding HIL compensation from

22    the regular rate of pay for purposes of calculating their overtime compensation.

23  19.    On August 10, 2017, I received a letter from Deputy Chief of Administration Greg Casentini

24    concerning changes to the District's payroll and overtime calculation practices to include

25    compensation received by Local 522 members in lieu of District-provided health benefits.  A

26    true and correct copy of the August 10, 2017 letter is attached hereto as "Exhibit D."

27

28

1    I declare under penalty of perjury under the laws of the United States of America and the

2  State of California that the foregoing statements are true and correct and if called to testify as to these

3  facts, I could and would do so competently.  Executed on this 20 day of September, 2017 at

4  Sacramento, California.

5

6    By: _____

7    TY BAILEY

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# MEMORANDUM OF UNDERSTANDING
## BY AND BETWEEN THE

### SACRAMENTO
### METROPOLITAN FIRE DISTRICT

### AND

### THE
### SACRAMENTO AREA FIRE FIGHTERS
### LOCAL 522, I.A.F.F. (AFL-CIO)

**TERM OF AGREEMENT**
**May 1, 2016 through December 31, 2018**

# TABLE OF CONTENTS

CHAPTER I – ADMINISTRATION MATTERS........................................................4
   ARTICLE 1:     PREAMBLE AND RECOGNITION ...........................................4
   ARTICLE 2:     UNION SECURITY ...................................................................5
   ARTICLE 3:     JOINT LABOR-MANAGEMENT COMMITTEE.....................6
   ARTICLE 4:     UNION BUSINESS LEAVE ......................................................7
   ARTICLE 5:     EMPLOYEE RIGHTS ...............................................................8
   ARTICLE 6:     DISTRICT RIGHTS ................................................................10
   ARTICLE 7:     POLICIES AND PROCEDURES ...........................................11
   ARTICLE 8:     SEPARABILITY AND ECONOMIC REOPENING ...............12
   ARTICLE 9:     TERMS OF AGREEMENT AND MODIFICATIONS .............13
CHAPTER II – COMPENSATION ........................................................................14
   ARTICLE 10:   WAGES ...................................................................................14
   ARTICLE 11:   INCENTIVES AND ALLOWANCES ......................................17
   ARTICLE 12:   HAZ-MAT PROGRAM ...........................................................21
   ARTICLE 13:   OVERTIME PAY ....................................................................24
   ARTICLE 14:   EMT CERTIFICATION AND RECERTIFICATION FOR
SUPPRESSION PERSONNEL ..............................................................................25
   ARTICLE 15:   UNIFORM ALLOWANCE ......................................................27
CHAPTER III – BENEFIT PLANS .......................................................................28
   ARTICLE 16:   HEALTH PLANS ....................................................................28
   ARTICLE 17:   DENTAL/VISION PLANS .....................................................30
   ARTICLE 18:   RETIREMENT PLANS ...........................................................31
   ARTICLE 19:   SICK LEAVE .........................................................................33
   ARTICLE 20:   LONG TERM DISABILITY PLAN .......................................36
   ARTICLE 21:   WORK-RELATED DISABILITY BENEFITS..........................37
   ARTICLE 22:   LIFE INSURANCE .................................................................39
   ARTICLE 23:   EMPLOYEE ASSISTANCE PROGRAM ................................40
CHAPTER IV – LEAVES AND HOLIDAYS........................................................41
   ARTICLE 24:   LEAVES: GENERAL .............................................................41
   ARTICLE 25:   VACATION/PTO LEAVE ......................................................43
   ARTICLE 26:   PERSONAL LEAVE...............................................................46
   ARTICLE 27:   JURY DUTY ...........................................................................47
   ARTICLE 28:   RECOGNIZED HOLIDAYS....................................................48
   ARTICLE 29:   CONVERSION OF HOURS AND REPORTING OF ACCRUED TIME
OFF BENEFITS ....................................................................................................50
CHAPTER V – HOURS, SCHEDULES, TRANSFERS AND STAFFING ...............51
   ARTICLE 30:   DUTY HOURS AND SCHEDULE ........................................51
   ARTICLE 31:   FILLING NECESSARY SHIFT VACANCIES........................52
   ARTICLE 32:   REQUESTS FOR TRANSFER AND STATION BIDDING ..................56
   ARTICLE 33:   SHIFT TRADES .....................................................................61
CHAPTER VI – PROBATION, PROMOTION, DISCIPLINE GRIEVANCES .......................64
   ARTICLE 34:    PROBATIONARY PERIODS................................................64
   ARTICLE 35:   PROMOTIONS........................................................................65
   ARTICLE 36:   DISCIPLINARY ACTIONS....................................................67
   ARTICLE 37:   GRIEVANCE PROCEDURE..................................................70

CHAPTER VII – MISCELLANEOUS PROVISIONS ......................................................... 73
   ARTICLE 38:   EXPOSURE TO CONTAGIOUS DISEASE IN THE COURSE AND
SCOPE OF EMPLOYMENT .............................................................................................. 73
   ARTICLE 39:   DRIVER'S EXAMINATION ................................................................... 74
   ARTICLE 40:   SAFETY ..................................................................................................... 75
   ARTICLE 41:   SENIORITY .............................................................................................. 76
   ARTICLE 42:   REDUCTIONS IN FORCE AND RECALLS ........................................ 78
   ARTICLE 43:   HOUSE FUND ......................................................................................... 80
   ARTICLE 44:   MILEAGE REIMBURSEMENT ............................................................. 81
   ARTICLE 45:   UNION BULLETIN BOARD ................................................................. 82
   ARTICLE 46:   DEFERRED COMPENSATION ............................................................. 83
   ARTICLE 47:   PERSONAL PROPERTY ....................................................................... 84
   ARTICLE 48:   PHYSICAL FITNESS ............................................................................. 85
   ARTICLE 49:   PARITY SURVEY .................................................................................. 86
   ARTICLE 50:   LONGEVITY PAY .................................................................................. 87
SIGNATURE PAGE ........................................................................................................... 88

**ARTICLE 28:    RECOGNIZED HOLIDAYS**



A.    All full-time suppression/shift employees, or suppression/shift employees assigned to days on a limited basis, shall receive as compensation for working on Holidays, an additional 144 hours of pay per year at the employee's base monthly compensation, inclusive of all incentives. The employee will sell all 144 hours of Holiday Leave on an annual basis. Hours may be sold in increments of 12 hours per month for 12 months, or however they choose, i.e. one lump sum, or any combination in 12 hour increments throughout the year. If a shift employee is hired at other than the first of the year the Holiday pay will be prorated based upon the hire date. The District shall observe official holidays in accordance with the following designated holiday schedule. The District's office may be closed on observed days for designated holidays and non-suppression/day shift employees who would otherwise have worked on such days shall utilize PTO, unless otherwise mutually agreed to by the employee(s) and the Fire Chief or his designated representative. The designated holidays shall be posted annually and shall be as follows:

1.    New Year's Day
2.    Martin Luther King's Birthday
3.    Lincoln's Birthday
4.    Washington's Birthday
5.    Memorial Day
6.    Independence Day
7.    Labor Day
8.    Columbus Day
9.    Veteran's Day
10.   Thanksgiving Day
11.   Day after Thanksgiving Day
12.   Christmas Day

B.    Suppression employees reassigned to temporary Day shift assignments shall not accrue Holiday Leave while assigned to days. Additionally, said employees shall be given the above referenced holidays off, without reduction to their compensation or Vacation accounts. Holiday accruals will be prorated in the event that an employee is not assigned to day shift for the entire year.

C.    Unless otherwise directed by the Fire Chief based on the essential operational needs of the District, a modified work schedule consisting of routine equipment and station maintenance, apparatus and equipment readiness, public education programs, and emergency work will be in effect on designated holidays.

D.    If an employee's scheduled day off is either Friday, or Monday, during a standard District workweek in which a recognized holiday falls, the following shall apply:

1.    If the holiday falls on a Friday, the preceding day may be recognized; if the holiday falls on a Monday, the following day may be observed.

2.    If the recognized holiday falls on a Saturday, the preceding Friday may be considered the employee's holiday.

E.   If the recognized holiday falls on a Sunday, the following Monday may be considered the employee's holiday.

F.   This schedule may be deviated from with the approval of the Fire Chief or his designee.

## SIGNATURE PAGE

**IN WITNESS WHEREOF,** the representatives of each party to this Memorandum of Understanding have affixed their signatures to this document on the dates set forth below.

**SACRAMENTO METROPOLITAN FIRE DISTRICT**

8-24-2017
Date

Todd Harms, Fire Chief

8-24-17
Date

Greg Casentini, Deputy Chief

**INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS, LOCAL 522, AFL-CIO**

08/24/2017
Date

Brian Rice, President, Local 522

8/24/17
Date

Ty Bailey, Vice President, Local 522

SMFD LOCAL 522 MOU - 05/01/16          -88-

# EXHIBIT B

## LETTER OF UNDERSTANDING
### Effective April 1, 2011

This Letter of Understanding is entered into by and between the Sacramento Metropolitan Fire District, hereinafter referred to as the "District," and the Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) hereinafter referred to as the "Union." It is the purpose of this agreement to modify and amend the Memorandum of Understanding between the District and the Union as set forth in this agreement. It is the intent of the parties that the terms of this Letter of Understanding shall remain in full force and effect for the term of the existing MOU and any successor agreements, unless superceded, amended or modified by mutual written agreement between the parties. This document reflects the results of an agreement negotiated by Representatives of Local 522 and that of the Administration of Sacramento Metropolitan Fire Department.

**Article 9 Terms of Agreement and Modifications (C) of the MOU between Sacramento Metropolitan Fire District And the Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) shall be established with the following:**

C.   All wages, hours, benefits and working conditions in effect on the date the January 1, 2007 through December 31, 2013 agreement was ratified will be reinstated on December 1, 2013, unless the District or the Union requests a modification on or before July 1, 2013. In such event, the District and the Union shall immediately negotiate over said reinstatement of wages, hours, benefits, working conditions or further concessions thereof. In the event no agreement is reached by August 1, 2013, the parties shall proceed to mede-arb any and all such disagreements between the parties. The mede-arb hearings shall extend no longer than four (4) days. The mede-arbitrator shall consider the financial condition of the District and the wages, hours, benefits and working conditions of comparable jurisdictions in reaching an award. The selection of the mede-arbitrator must occur no later than April 1, 2013. The mede-arbitration award shall issue no later than October 31, 2013.

**Article 10 Wages (A) of the MOU between Sacramento Metropolitan Fire District And the Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) shall be replaced with the following:**

A.     Represented personnel shall be compensated at the following monthly wage rates, or base hourly equivalent in accordance with the provisions of this Agreement and Fair Labor Standards Act, as amended.

### Effective March 24, 2011

| | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 |
|---|---|---|---|---|---|---|---|
| Recruit Firefighter | | | | | | | 4,256 |
| Firefighter | 5,419 | 5,690 | 5,974 | 6,273 | 6,587 | | |
| Firefighter (effective 3/24/11) | 4,915 | 5,160 | 5,419 | 5,690 | 5,975 | 6,274 | 6,588 |
| Fire Engineer | 5,998 | 6,298 | 6,613 | 6,944 | 7,291 | | |
| Fire Captain | 6,721 | 7,057 | 7,410 | 7,780 | 8,169 | | |
| Fire Inspector I | 4,430 | 4,651 | 4,884 | 5,128 | 5,384 | | |
| Fire Inspector II | 5,998 | 6,298 | 6,613 | 6,944 | 7,291 | | |
| Fire Supervising Inspector | 6,721 | 7,057 | 7,410 | 7,780 | 8,169 | | |
| Fire Investigator I | 4,430 | 4,651 | 4,884 | 5,128 | 5,384 | | |
| Fire Investigator II | 5,998 | 6,298 | 6,613 | 6,944 | 7,291 | | |
| Fire Supervising Investigator | 6,721 | 7,057 | 7,410 | 7,780 | 8,169 | | |
| Hazardous Materials Inspector | 6,462 | 6,785 | 7,124 | 7,480 | 7,854 | | |
| Public Education Technician | 3,928 | 4,124 | 4,330 | 4,547 | 4,774 | | |
| Public Education Senior Technician | 4,319 | 4,535 | 4,762 | 5,000 | 5,250 | | |
| Public Affairs Officer | 4,726 | 4,962 | 5,210 | 5,471 | 5,745 | | |
| Geographic Information Specialist I | | | | | | | |
| Geographic Information Specialist II | 4,381 | 4,600 | 4,830 | 5,071 | 5,325 | | |
| Shop Assistant | 3,020 | 3,171 | 3,330 | 3,497 | 3,672 | | |
| Equipment Service Technician | 4,392 | 4,612 | 4,843 | 5,085 | 5,339 | | |
| Mechanic | 5,467 | 5,740 | 6,027 | 6,328 | 6,644 | | |
| Master Mechanic | 6,089 | 6,393 | 6,713 | 7,049 | 7,401 | | |

**Article 11 Incentives and Allowances (A)(i)(m) of the MOU between Sacramento Metropolitan Fire District And the Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) shall be replaced with the following:**

A.  Education Incentives

    i)  All above certificates and degrees, A through H, shall not exceed five percent (5%) for the first five (5) years of employment for new employees hired after the approval of this agreement.  After five (5) years of employment, all above certificates and degrees, A through H, shall not exceed six and one-half percent (6.5%) of base pay.

    m)  The maximum amount an employee may receive in educational incentives is five percent (5%) for the first five (5) years of employment for new employees hired after the approval of this agreement.  After five (5) years, the maximum amount an employee may receive in educational incentives is ten and one-half percent (10.5%) of base pay.

**Article 13 Overtime Pay (A)(F) of the MOU between Sacramento Metropolitan Fire District And the Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) shall be replaced with the following:**

A.  All hours worked which are not during an employee's regular scheduled hours shall be compensated at the rate of one and one-half (1.5) times the employee's base wage exclusive of incentives.

F.  Day shift employees shall not be permitted to have accrued more than one hundred seventy-one (171) hours of CTO at any one time.  CTO hours accrued after the approval of this agreement will be compensated at the employee's base wage exclusive of incentives.

**Article 16 Health Plans (D) of the MOU between Sacramento Metropolitan Fire District And the Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) shall be established with the following:**

D.  Retirement Medical

    1.  Upon retirement, medical coverage will be paid by the District for both the employee and dependents in accordance with Section 22810 of the Government Code which provides:

> *"... Any annuitant, who at the time he or she became an annuitant was enrolled in a health benefits plan, may continue his or her enrollment as provided by regulations of the board, without discrimination as to premium rates or benefit coverage."*

2.     Except for employees retiring for service connected disability, all new employees hired after the ratification and approval of this agreement and retiring from the District will obtain five percent (5%) credit per year towards retiree medical up to one hundred percent (100%) at the completion of twenty (20) years of employment with the District.

**Article 18 Retirement Plans (B) of the MOU between Sacramento Metropolitan Fire District And the Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) shall be replaced with the following:**

B.     Secondary Plans

As a result of prior mergers by and between the North Highlands, Citrus Heights and Rancho Cordova Fire Protections Districts, some represented employees shall be entitled to continue their participation in such plans.  The District agrees to pay both the District's and employee's contribution to these respective plans for the term of this Agreement.

1.     Effective on the date of ratification and approval of this agreement, SCERS members shall pay six (6) percentage points of the employer's percentage contribution to SCERS retirement.  Payments will be deducted on a pre-tax basis and applied towards the employer's contribution.

2.     Effective on July 1, 2011, SCERS members shall pay an additional three (3) percentage points of the employer's percentage contribution to SCERS retirement.  Payments will be deducted on a pre-tax basis and applied towards the employer's contribution.

3.     Effective on July 1, 2012, SCERS members shall pay an additional three (3) percentage points of the employer's percentage contribution to SCERS retirement.  Payments will be deducted on a pre-tax basis and applied towards the employer's contribution.

**Article 18 Retirement Plans (E)(3)(4) of the MOU between Sacramento Metropolitan Fire District And the Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) shall be replaced with the following:**

E.     Benefit Levels:

3.     All local safety members hired after the date of ratification and approval of this agreement shall be covered under the PERS 3% @ 55 years of service local safety member plan.

4.     All local miscellaneous members hired after the date of ratification and approval of this agreement shall be under the PERS 2.5% @ 55 years of service local miscellaneous member plan.

**Article 18 Retirement Plans (J)(K)(L) of the MOU between Sacramento Metropolitan Fire District And the Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) shall be established with the following:**

J.      Effective on the date of ratification and approval of this agreement, all personnel shall pay six (6) percentage points of the employer's percentage contribution to PERS retirement.  Payments will be deducted on a pre-tax basis and applied towards the employer's contribution pursuant to IRC 414(h)(2) and Government Code Section 20516 and maintained in the employee's account.

K.      Effective on July 1, 2011, all personnel shall pay an additional three (3) percentage points of the employer's percentage contribution to PERS retirement. Payments will be deducted on a pre-tax basis and applied towards the employer's contribution pursuant to IRC 414(h)(2) and Government Code Section 20516 and maintained in the employee's account for a total of nine (9) percentage points of the employer's percentage contribution to PERS retirement.

L.      Effective on July 1, 2012, all personnel shall pay an additional three (3) percentage points of the employer's percentage contribution to PERS retirement. Payments will be deducted on a pre-tax basis and applied towards the employer's contribution pursuant to IRC 414(h)(2) and Government Code Section 20516 and maintained in the employee's account for a total of twelve (12) percentage points of the employer's percentage contribution to PERS retirement.

**Article 19 Sick Leave (A)(1) of the MOU between Sacramento Metropolitan Fire District And the Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) shall be replaced with the following:**

A.      Accumulation and Use
        Full-time employees shall accumulate and may use sick leave at the following rates:

    1.      Shift personnel shall accumulate sick leave at the rate of 132 hours per calendar year (11 hours per month) until the end of their fifth year of employment for new employees hired after the approval of this agreement. Thereafter, shift personnel shall accumulate sick leave at the rate of 264 hours per calendar year (22 hours per month).  Sick leave shall be deducted on an even-hour basis.

**Article 28 Recognized Holidays (A) of the MOU between Sacramento Metropolitan Fire District And the Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) shall be replaced with the following:**



A.    All full-time suppression/shift employees, or suppression/shift employees assigned to days on a limited basis, shall receive as compensation for working on Holidays, an additional 144 hours of pay.  The employee will sell all 144 hours of Holiday Leave on an annual basis.  Hours may be sold in increments of 12 hours per month for 12 months, or however they choose, *i.e.* one lump sum, or any combination in 12 hour increments throughout the year.  If a shift employee is hired at other than the first of the year the Holiday pay will be prorated based upon the hire date.  The District shall observe official holidays in accordance with the following designated holiday schedule.  The District's office may be closed on observed days for designated holidays and non-suppression/day shift employees who would otherwise have worked on such days shall utilize PTO, unless otherwise mutually agreed to by the employee(s) and the Fire Chief or his designated representative.  The designated holidays shall be posted annually and shall be as follows:

1    New Year's Day
2    Martin Luther King's Birthday
3    Lincoln's Birthday
4    Washington's Birthday
5    Memorial Day
6    Independence Day
7    Labor Day
8    Columbus Day
9    Veteran's Day
10   Thanksgiving Day
11   Day after Thanksgiving Day
12   Christmas Day

**Article 39 Driver's Examination of the MOU between Sacramento Metropolitan Fire District And the Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) shall be replaced with the following:**

All suppression employees shall posses and maintain, as a condition of continued employment, a California Class C driver's license with the Firefighter Endorsement.  The District will pay for the Physician's Report (DL546A) exam associated with the license that is required every four (4) years.  The exam is not eligible for overtime and shall be completed off duty.  Further licensure, Class A or B commercial with the Firefighter Endorsement, will be reviewed on a case by case basis or by District need.  At the District's discretion, this condition of employment may be waived.

IN WITNESS WHEREOF, the authorized representatives of each party to this Memorandum of Understanding have affixed their signatures to this document on the dates set forth below.

_____          _____
Kurt P. Henke, Fire Chief                                            6/15/11
                                                                              Date

_____          _____
Mark A. Wells, Assistant Chief, Human Resources          6-20-11
                                                                              Date

_____          _____
Rich Schmiedt, Local 522 President                            6-22-11
                                                                              Date

_____          _____
Maurice Johnson, Local 522 Vice-President                6-1-11
                                                                              Date

# EXHIBIT C

LETTER OF UNDERSTANDING

Effective April 1, 2011


This Letter of Understanding is entered into by and between the Sacramento Metropolitan Fire District, hereinafter referred to as the "District," and the Battalion Chief's Organization, Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO), hereinafter referred to as the "Union." It is the purpose of this agreement to modify and amend the Memorandum of Understanding between the District and the Union as set forth in this agreement. It is the intent of the parties that the terms of this Letter of Understanding shall remain in full force and effect for the term of the existing MOU and any successor agreements, unless superceded, amended or modified by mutual written agreement between the parties. This document reflects the results of an agreement negotiated by Representatives of Local 522 and that of the Administration of Sacramento Metropolitan Fire District.


**Article 9 Term (A) of the MOU between Sacramento Metropolitan Fire District And the Battalion Chief's Organization, Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) shall be replaced with the following:**

A.   The terms and conditions of this Memorandum of Understanding are effective on January 1, 2007 and shall remain in full force and effect through December 31, 2013.


**Article 9 Term (A)(5) of the MOU between Sacramento Metropolitan Fire District And the Battalion Chief's Organization, Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) shall be established with the following:**

5.   All wages, hours, benefits and working conditions in effect on the date the January 1, 2007 through December 31, 2011 agreement was ratified will be reinstated on December 1, 2013, unless the District or the Union requests a modification on or before July 1, 2013. In such event, the District and the Union shall immediately negotiate over said reinstatement of wages, hours, benefits, working conditions or further concessions thereof. In the event no agreement is reached by August 1, 2013, the parties shall proceed to mede-arb any and all such disagreements between the parties. The mede-arb hearings shall extend no longer than four (4) days. The mede-arbitrator shall consider the financial condition of the District and the wages, hours, benefits and working conditions of comparable jurisdictions in reaching an award. The selection of the mede-arbitrator must occur no later than April 1, 2013. The mede-arbitration award must issue no later than October 31, 2013.

**Article 14 Callback, Overtime, Off-Duty Response, and CTO (1)(A)(E)of the MOU between Sacramento Metropolitan Fire District And the Battalion Chief's Organization, Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) shall be replaced with the following:**

1.      Overtime

      A.      All hours worked which are not during the employee's regularly scheduled hours shall be compensated at the rate of one and one-half (1.5) times the employee's total hourly compensation.  All hours worked which are not during an employee's regular scheduled hours shall be compensated at the rate of one and one-half times the employee's base wage exclusive of incentives.

      E.      Day employees will receive overtime pay calculated on base wage exclusive of incentives if hours worked are related to the day assignment, but not if related to a shift assignment.

**Article 14 Callback, Overtime, Off-Duty Response, and CTO (5)(A) of the MOU between Sacramento Metropolitan Fire District And the Battalion Chief's Organization, Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) shall be replaced with the following:**

5.      CTO

      A.      Day assigned employees may request to covert accrued CTO hours to pay at any time with management's right to approve, deny or modify the request.  All CTO hours accrued while on day assignment must be either used or sold within a rolling twelve (12) month calendar of date of accrual, and/or used or sold prior to the employee returning to a suppression assignment whichever occurs first.  CTO hours accrued after the approval of this agreement will be compensated at the employee's base wage exclusive of incentives.

**Article 17 Public Employee's Retirement (8)(9)(10) of the MOU between Sacramento Metropolitan Fire District And the Battalion Chief's Organization, Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) shall be established with the following:**

8.      Effective on the date of ratification and approval of this agreement, all personnel shall pay six (6) percentage points of the employer's percentage contribution to PERS retirement.  Payments will be deducted on a pre-tax basis and applied towards the employer's contribution pursuant to IRC 414(h)(2) and Government Code Section 20516 and maintained in the employee's account.

9.      Effective on July 1, 2011, all personnel shall pay an additional three (3) percentage points of the employer's percentage contribution to PERS retirement. Payments will be deducted on a pre-tax basis and applied towards the employer's contribution pursuant to IRC 414(h)(2) and Government Code Section 20516 and maintained in the employee's account for a total of nine (9) percentage points of the employer's percentage contribution to PERS retirement.

10.    Effective on July 1, 2012, all personnel shall pay an additional three (3) percentage points of the employer's percentage contribution to PERS retirement. Payments will be deducted on a pre-tax basis and applied towards the employer's contribution pursuant to IRC 414(h)(2) and Government Code Section 20516 and maintained in the employee's account for a total of twelve (12) percentage points of the employer's percentage contribution to PERS retirement.

**Article 26 Holidays (1) of the MOU between Sacramento Metropolitan Fire District And the Battalion Chief's Organization, Sacramento Area Firefighters Local 522, I.A.F.F. (AFL-CIO) shall be replaced with the following:**

1.      Definition

Shift Battalion Chiefs shall receive as compensation for working or responding to the off-duty needs of the District on District recognized holidays, an additional 144 hours off with pay per year. The employee will sell all 144 hours of Holiday Leave on an annual basis. Hours may be sold in increments of 12 hours per month for 12 months, or however they choose, *i.e.* one lump sum, or any combination in 12 hour increments throughout the year. If a shift employee is hired at other than the first of the year the Holiday pay will be prorated based upon the hire date. The District shall observe official holidays in accordance with the following designated holiday schedule. The District's office may be closed on observed days for designated holidays and non-suppression/day shift employees who would otherwise have worked on such days shall utilize PTO, unless otherwise mutually agreed to by the employee(s) and the Fire Chief or his designated representative.

IN WITNESS WHEREOF, the authorized representatives of each party to this Memorandum of Understanding have affixed their signatures to this document on the dates set forth below.


_____          6/15/11
Kurt P. Henke, Fire Chief                  _____
                                           Date


_____          6-20-11
Mark A. Wells, Assistant Chief, Human Resources   _____
                                           Date


_____          6-22-11
Rich Schmiedt, Local 522 President         _____
                                           Date


_____          6-1-11
Maurice Johnson, Local 522 Vice-President  _____
                                           Date

# EXHIBIT D



# Sacramento Metropolitan Fire District

10545 Armstrong Ave., Suite 200 • Mather, CA 95655 • Phone (916) 859-4300 • Fax (916) 859-3702

**TODD HARMS**
*Fire Chief*

August 10, 2017

Ty Bailey
Local 522 Vice President
3720 Folsom Blvd
Sacramento, CA 95816

Re:  Overtime Calculation Practices

Dear Local 522 Vice President Bailey:

This is to notify you of certain changes to the District's payroll and overtime calculation practices to ensure compliance with requirements of the Fair Labor Standards Act's ("FLSA") regular rate of pay.  These changes, as described below, will be effective with the September 2017 payroll.  The changes will result in increased overtime compensation paid to employees who receive a $300 per month medical-in-lieu payment, under certain conditions as described below.  The changes will not affect or in any way alter the District's policies and practices governing the calculation and payment of overtime under any MOU.

**BACKGROUND**

In June of last year, a federal court ruling was issued in the case of *Flores v. City of San Gabriel* 824 F.3d 890 (9th Cir. 2016), announcing new rules for applying the overtime pay requirements under the FLSA.  In short, the *Flores* ruling requires additional compensation received in the form of "cash-in-lieu" of employer provided medical coverage to be counted as part of the federal overtime pay calculation.  At the District, "cash-in-lieu" is coded as "915 – Pay In-Lieu of Medical" and is $300 per month.

Shortly after the *Flores* decision was announced in 2016, the District began reviewing its overtime pay practices to ensure compliance with federal law.  In May 2017, the *Flores* decision became final.  Accordingly, the District has determined that changes are warranted in response to *Flores*.  Therefore, effective with the September 2017 payroll, the District will implement the below changes to its payroll and overtime calculation practices.

**SUMMARY OF NEW SEPARATE FLSA CALCULATION METHOD AND PROCEDURE**

Suppression Cash-in-Lieu Recipients

After the close of every twenty-four day 207(k) work period, the District will calculate the hourly value of each recipient's $300 monthly cash-in-lieu payment on a work period basis. The hourly value will be calculated by dividing the work period equivalent of $300 per month by the number of hours the recipient actually worked in the work period. The District will then calculate the additional amount of overtime owed due to the cash-in-lieu payment, if any, for every hour the employee worked in excess of the FLSA overtime threshold ("FLSA OT") in the work period. The District will then offset any amount owed under the FLSA by the premium amount paid for any contractual (MOU) overtime hours in excess of FLSA OT hours, if any, in the same work period. If any amount is still owed after offsetting, that amount will be reflected in the employee's monthly paycheck.

Non-Suppression Cash-in-Lieu Recipients

In processing monthly payroll, the District will calculate the hourly value of each recipient's $300 monthly cash-in-lieu payment on a workweek basis. The hourly value will be calculated by dividing the workweek equivalent of $300 per month by the number of hours actually worked in the workweek. The District will then calculate the additional amount of overtime owed due to the cash-in-lieu payment, if any, for every FLSA OT hour worked in the workweek. The District will then offset any amount owed under the FLSA by the premium amount paid for any contractual (MOU) overtime hours in excess of FLSA OT hours, if any, worked in the same workweek. If any amount is still owed after offsetting, that amount will be reflected in the employee's monthly paycheck.

**ADDITIONAL INFORMATION**

FLSA OT is actual hours worked in excess of the overtime threshold, i.e. exclusive of paid leave or other hours not actually worked. The FLSA OT threshold applicable to suppression is 182 for each twenty-four day work period. The FLSA OT threshold applicable to non-suppression is 40 for each seven-day workweek.

It is important to understand that this new procedure will not affect or in any way change the District's policies and practices governing the calculation and payment of overtime under any MOU. In fact, the only impact on employee compensation is that additional overtime pay may be received under conditions set forth above if an affected employee works FLSA overtime.

Page 3

Should you have any concerns, please notify me in writing by September 8, 2017.

Thank you in advance for your consideration and prompt response to this notice.

Sincerely,

Greg Casentini
Deputy Chief of Administration


CC:    Brian Rice
       Chief Harms
       Amanda Thomas
       Melisa Maddux