Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
Lisa S. Charbonneau, Bar No. 245906
lcharbonneau@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone:    415.512.3000
Facsimile:    415.856.0306

Attorneys for Defendant
SACRAMENTO METROPOLITAN FIRE DISTRICT

David E. Mastagni, Bar No. 204244
davidm@mastagni.com
Isaac S. Stevens, Bar No. 251245
istevens@mastagni.com
Ace T. Tate, Bar No. 262015
atate@mastagni.com
Ian B. Sangster, Bar No. 287963
isangster@mastagni.com
MASTAGNI HOLSTEDT
A Professional Corporation
1912 "I" Street
Sacramento, California  95811
Telephone: 916.446.4692
Facsimile: 916.447.4624

Attorneys for Plaintiffs
TRACY VALENTINE, ET AL.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| TRACEY VALENTINE, on behalf of herself and all similarly situated individuals,,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO METROPOLITAN FIRE DISTRICT,<br><br>Defendant. | Case No.:  2:17-CV-00827-KJM-EFB<br><br>Complaint Filed: April 20, 2017<br><br>**JOINT STIPULATION ON CONDITIONAL CERTIFICATION AND NOTICE TO POTENTIAL COLLECTIVE ACTION MEMBERS**<br><br>[Filed concurrently with [Proposed] Order on Conditional Certification and Notice to Potential Collective Action Members and Exhibit A] |

Plaintiffs TRACY VALENTINE, ET AL. ("Plaintiffs") and Defendant SACRAMENTO METROPOLITAN FIRE DISTRICT ("Defendant"), by and through their respective counsel,

hereby stipulate as follows:

WHEREAS, pursuant to Judge Mueller's July 6, 2017 Scheduling Order (Dkt. No. 14), Plaintiff was ordered to and did move for conditional certification of potential collective action on September 22, 2017 (Dkt. No. 23); and

WHEREAS, Defendant filed its opposition to Plaintiff's motion for conditional certification on October 6, 2017 (Dkt. No. 24); and

WHEREAS, the Parties subsequently stipulated to conditional certification and the form of proposed notice to be sent to potential collective action members; and

WHEREAS, the Parties request the Court vacate the October 20, 2017 hearing on conditional certification and related dates, and issue the Parties' stipulated [Proposed] Order on Conditional Certification and Notice to Potential Collective Action Members.

NOW THEREFORE, the Parties stipulate as follows:

1. This is a collective action conditionally certified as affecting a group of similarly situated individuals consisting of current or former non-exempt employees of the Sacramento Metropolitan Fire District who have worked statutory overtime under the Fair Labor Standards Act (FLSA) and received cash payments in lieu of health insurance and/or cash payments in lieu of holidays at any time since three years prior to the date of this Order.

2. Plaintiff Tracey Valentine is appointed collective action representative.

3. Plaintiff's counsel, Mastagni Holstedt, APC, is appointed counsel for this collective action.

4. The proposed notice to potential collective action members, attached as Exhibit A hereto, is approved as fair and accurate.

5. Within thirty (30) days of this Order, Defendant shall distribute the notice, attached as Exhibit A hereto, to all current non-exempt employees who have worked statutory/FLSA overtime at Sacramento Metropolitan Fire District and received cash payments in lieu of health insurance and/or cash payments in lieu of holidays at any time since three years prior to the date of the Court's Order on conditional certification, by first class mail to the employees' home mailing address on file with Defendant.

6. Within thirty (30) days of this Order, Defendant shall distribute the notice,

attached as Exhibit A hereto, to all former non-exempt employees who have worked statutory/FLSA overtime at Sacramento Metropolitan Fire District and received cash payments in lieu of health insurance and/or cash payments in lieu of holidays at any time since three years prior to the date of the Court's Order on conditional certification, by first class mail to each former employees' last known home mailing address.

7. Within forty-five (45) days of this Order, Defendant shall provide Plaintiff's counsel with proof of distribution of the notice as set forth above.

8. The last day to opt-in to this collective action shall be seventy-five (75) days from the date the Notice is postmarked. Individuals who have not filed Consent forms by that date may not participate in this lawsuit.

Dated: October 9, 2017                         LIEBERT CASSIDY WHITMORE

By: */s/ Morin I. Jacob*
Morin I. Jacob
Lisa S. Charbonneau
Attorneys for Defendant
SACRAMENTO METROPOLITAN FIRE DISTRICT

Dated: October 9, 2017                         MASTAGNI HOLSTEDT

By: */s/David E. Mastagni*
David E. Mastagni
Isaac S. Stevens
Ace T. Tate
Ian Sangster
Attorneys for Plaintiffs
TRACEY VALENTINE, ET AL.