IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

*TRACEY VALENTINE, et al. v. SACRAMENTO METROPOLITAN FIRE DISTRICT*
Case 2:17-cv-00827-KJM-EFB

**IMPORTANT NOTIFICATION TO POTENTIAL COLLECTIVE ACTION MEMBERS**

**THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA. THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF PLAINTIFF'S CLAIMS OR DEFENDANT'S DEFENSES.**

*Please read carefully. Your legal rights may be affected.*

**TO:** All current or former non-exempt employees of the Sacramento Metropolitan Fire District who have worked statutory overtime under the Fair Labor Standards Act (FLSA) and received cash payments in lieu of health insurance and/or cash payments in lieu of holidays at any time since [insert date three years prior to date of order granting conditional certification].

**RE:** LAWSUIT ASSERTING VIOLATIONS OF FEDERAL WAGE LAWS AGAINST SACRAMENTO METROPOLITAN FIRE DISTRICT

**INTRODUCTION**

This Notice is being sent to you by Order and under supervision of the United States District Court for the Eastern District of California. The purposes of this notice are to advise you of how your rights may be affected by this lawsuit and to instruct you on the procedure for participating in this lawsuit. You have been sent this notice because employment records indicate that you may be "similarly situated" to the named Plaintiff Tracey Valentine.

**DESCRIPTION OF LAWSUIT**

On April 20, 2017, Plaintiff Valentine brought this lawsuit against the Sacramento Metropolitan Fire District (SMFD) on behalf of herself and all current and former non-exempt employees of SMFD who have worked statutory overtime for SMFD and received cash payments in lieu of health insurance and/or cash payments in lieu of holidays at any time since [insert date three years prior to date of order granting conditional certification].   The complaint alleges SMFD violated the FLSA by failing to include these payments into the regular rate of pay for purposes of determining statutory overtime compensation resulting in an underpayment of legally required overtime wages. Plaintiff alleges she is entitled to recover unpaid overtime from April 20, 2014, plus liquidated damages in an equal amount, and attorney fees and costs.   Sacramento Metropolitan Fire District denies Plaintiff's allegations and is defending against Plaintiff's claims.

Plaintiff's claims in this action are limited to a two (2) or potentially three (3) year "statute of limitations."   If you choose to join this lawsuit, you may be able to recover damages only for statutory overtime hours worked within three years preceding the date your "Consent to be Included as an Individual Plaintiff" form is filed with the Court.

## HOW TO JOIN THIS LAWSUIT

If, at any time since [insert date of court order granting conditional certification], you worked for Sacramento Metropolitan Fire District in a non-exempt classification, worked statutory overtime, and received cash payments in lieu of health insurance and/or cash payments in lieu of holidays, you may join this lawsuit.   To join the lawsuit, you must contact Plaintiff's counsel using the below contact information.

| | |
|---|---|
| David E. Mastagni, Esq. | Email: sacmetroflsa@mastagni.com |
| Isaac Stevens, Esq. | Phone: (916) 446-4692 |
| Ace T. Tate, Esq. | Fax: (916) 447-4614 |
| Ian B. Sangster, Esq. | Website: http://www.mastagni.com |
| Mastagni Holstedt, APC | |
| 1912 I Street | |
| Sacramento, California 95811 | |

If you do not contact Plaintiff's counsel and arrange for them to file a "Consent to be Included as an Individual Plaintiff" form on your behalf within seventy-five (75) days from the postmark date of this Notice, you may not be able to participate in this lawsuit.

If you choose to join this lawsuit, you will be bound by any judgment or settlement, whether it is favorable or unfavorable.   While this lawsuit is proceeding, you may be required to respond under oath to written questions, testify in deposition, and/or testify in court.

Plaintiff's attorneys have taken this case on a contingency fee. They shall advance all reasonable litigation costs and you will not be obligated to reimburse Plaintiff's attorneys for any costs advanced if no recovery is obtained.   Plaintiff's attorneys may be entitled to receive attorney fees and costs from Sacramento Metropolitan Fire District should there be a recovery or judgment in favor of the Plaintiff.   If there is a recovery, Plaintiff's attorneys will apply to receive an award of separate attorney fees, or a percentage of any common fund judgment or settlement obtained in favor of Plaintiff, but not both.   If there is no recovery or judgment in Plaintiff's favor, Plaintiff's attorneys will not seek any attorney fees or costs from anyone.

## NO RETALIATION PERMITTED

Under federal law, it is illegal for the Sacramento Metropolitan Fire District to retaliate against you for joining this lawsuit.

## EFFECT OF NOT JOINING THIS LAWSUIT

If you do not contact Plaintiff's counsel and arrange for them to file a Consent form on your behalf, you will not be joined in this lawsuit and will not be bound by any judgment or settlement, whether favorable or unfavorable. If you do not join this lawsuit, you may not receive any back overtime wages or other relief from this case if the Plaintiff prevails on her FLSA claims.

## QUESTIONS REGARDING THIS NOTICE

If you have any questions regarding this notice, you may contact Plaintiff's counsel, David E. Mastagni, Esq., Isaac Stevens, Esq., Ace Tate, Esq., or Ian Sangster, Esq., of Mastagni Holstedt, APC.