DAVID E. MASTAGNI, ESQ. (SBN 204244)
ISAAC S. STEVENS, ESQ. (SBN 251245)
ACE T. TATE, ESQ. (SBN 262015)
IAN B. SANGSTER, ESQ. (SBN 287963)
**MASTAGNI HOLSTEDT**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY VALENTINE, et al., on behalf of herself and all similarly situated individuals,<br><br>          Plaintiffs,<br>v.<br><br>SACRAMENTO METROPOLITAN FIRE DISTRICT,<br>          Defendant. | Case 2:17-cv-00827-KJM-EFB<br><br>**REPLY BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION AND FACILITATED NOTICE PURSUANT 29 U.S.C. § 216(b)** |

## I.
## STATEMENT IN REPLY

On October 6, 2017, Defendant Sacramento Metropolitan Fire District ("Defendant") filed its Opposition to Plaintiff's Motion for Conditional Certification and Facilitated Notice ("Opposition"). (*See* Dkt. No. 24.) After the filing of Defendant's Opposition, and following good faith efforts to meet and confer regarding the issues identified in Defendant's Opposition, the Parties submitted a Joint Stipulation On Conditional Certification And Notice To Potential Collective Action Members ("Joint Stipulation"). (*See* Dkt. No. 25.) The Parties also stipulated to the form and substance of the proposed notice to be sent to potential collective action members. (*See* Dkt. No. 25-2.)

1     Based on the foregoing, and for the reasons set forth in the Joint Stipulation, the Parties respectfully request the Court grant the Joint Stipulation and issue an Order consistent with the proposed order filed concurrently therewith. (*See* Dkt. No. 25-1.)

Respectfully submitted,

Dated: October 13, 2017     **MASTAGNI HOLSTEDT, APC**

By: */s/ Ian B. Sangster*
DAVID E. MASTAGNI, ESQ.
ISAAC S. STEVENS, ESQ.
ACE T. TATE, ESQ.
IAN B. SANGSTER, ESQ.
Attorneys for Plaintiffs