UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY VALENTINE, et al., | No. 2:17-CV-00827 KJM EFB |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO METROPOLITAN FIRE DISTRICT, | |
| Defendant. | |

This case is set for a settlement conference before the undersigned on November 9, 2017. See ECF No. 21. Settlement conference statements are accordingly due on November 2, 2017. See ECF No. 14 at 3. The court has determined that this matter would benefit from an initial phone conference with all counsel prior to the settlement conference. The phone conference is hereby set for November 1, 2017, at 2:00 p.m. If any participants are unavailable at that time, they should confer with opposing counsel and contact the chambers of the undersigned with three alternative dates and times when all counsel are available. In that case, the settlement conference will necessarily be postponed.

Counsel should be prepared to discuss the following matters during the phone conference:

1. The nature and procedural posture of the case;

////

1

2. The parties who will be present at the settlement conference and who must be present pursuant to Local Rule 270(f);
3. Any additional parties who need to be present in order to have a productive settlement conference;
4. Ideas to improve the effectiveness of the settlement conference or matters that could pose impediments;
5. Requirements for the settlement conference statements, and possible extension of the deadline for those statements;
6. Any questions you have about how the undersigned generally conducts settlement conferences, and suggestions of how the process might be tailored to fit the needs of this case.

Counsel are responsible for joining all participants other than the judge on a conference line, and calling in to chambers at (916) 930-4120 on November 1, 2017 at 2:00 p.m.

IT IS SO ORDERED.

DATED: October 26, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE