1  DAVID E. MASTAGNI, ESQ. (SBN 204244)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
2  ACE T. TATE, ESQ. (SBN 262015)
   **MASTAGNI HOLSTEDT**
3  *A Professional Corporation*
   1912 "I" Street
4  Sacramento, California 95811
   Telephone: (916) 446-4692
5  Facsimile: (916) 447-4614
   davidm@mastagni.com
6  istevens@mastagni.com
   atate@mastagni.com
7
   Attorneys for Plaintiffs
8
                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10
   TRACEY VALENTINE, on behalf of      )   Case No. 2:17-cv-00827-KJM-EFB
11 herself and all similarly situated   )
   individuals,                         )   **CONSENT TO BE INCLUDED AS AN**
12                                      )   **INDIVIDUAL PLAINTIFF**
                    Plaintiffs,         )
13 v.                                   )   **[29 U.S.C. § 216(b)]**
                                        )
14 SACRAMENTO METROPOLITAN FIRE         )
   DISTRICT,                            )
15                  Defendant.          )
                                        )
16 ────────────────────────────────────)

17      I have been employed by the Sacramento Metropolitan Fire District ("District") within the last

18 three years from the date indicated below, and I am generally familiar with the above-captioned

19 litigation.  The District has not fully compensated me for the hours of overtime I have worked in

20 violation of the Fair Labor Standards Act.  The District failed to pay my overtime at the "regular rate

21 of pay" as defined by 29 U.S.C. § 207(e).  I therefore consent to be included as a Plaintiff in the above-

22 mentioned litigation and to be awarded damages if any are recovered.  I understand that the law offices

23 of Mastagni Holstedt, APC, will be representing me in this action and that this consent form will be

24 filed with the court pursuant to 29 U.S.C. § 216(b).    I authorize said counsel to make all decisions with

25 respect to the conduct and handling of this case, including the settlement thereof as they deem

26 appropriate and/or necessary.

27 Dated: _10/19_____, 2017          _Joseph M. Reyes_____
                                     (Signature)
28
                                     _Josech M. Reyes_____
                                     (Print Name)

CONSENT TO BE INCLUDED                          *Valentine, et. al. v. SMFD*
AS AN INDIVIDUAL PLAINTIFF                      Case No. 2:17-cv-00827-KJM-EFB