Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
Lisa S. Charbonneau, Bar No. 245906
lcharbonneau@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone:   415.512.3000
Facsimile:   415.856.0306

Attorneys for Defendant SACRAMENTO METROPOLITAN FIRE DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY VALENTINE, on behalf of herself and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO METROPOLITAN FIRE DISTRICT,<br><br>Defendant. | Case No.: 2:17-cv-00827-KJM-EFB<br><br>Complaint Filed: April 20, 2017<br><br>**NOTICE OF SUBMISSION** |

**PLEASE TAKE NOTICE** that per Docket No. 21, counsel for Defendant Sacramento Metropolitan Fire District has submitted Defendant's Confidential Settlement Conference Statement to Judge Allison Claire's chambers electronically today, in advance of the settlement conference scheduled for November 9, 2017.

Dated:  November 2, 2017                                          Respectfully submitted,

                                                                                       LIEBERT CASSIDY WHITMORE

                                                                          By:   */s/ Morin I. Jacob*
                                                                                       Morin I. Jacob
                                                                                       Lisa S. Charbonneau
                                                                                       Attorneys for Defendant
                                                                                       SACRAMENTO METROPOLITAN
                                                                                       FIRE DISTRICT

8346126.1 SA012-018

1

NOTICE OF SUBMISSION