DAVID E. MASTAGNI, ESQ. (SBN 204244)
ISAAC S. STEVENS, ESQ. (SBN 251245)
ACE T. TATE, ESQ. (SBN 262015)
IAN B. SANGSTER, ESQ. (SBN 287963)
**MASTAGNI HOLSTEDT**
A Professional Corporation
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
davidm@mastagni.com
istevens@mastagni.com
atate@mastagni.com
isangster@mastagni.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY VALENTINE, on behalf of herself and all similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>SACRAMENTO METROPOLITAN FIRE DISTRICT,<br><br>    Defendant. | Case No. 2:17-cv-00827-KJM-EFB<br><br>Complaint Filed: April 20, 2017<br><br>**NOTICE OF SUBMISSION** |

PLEASE TAKE NOTICE that pursuant to the Order in Docket No. 21, counsel for Plaintiff Tracey Valentine, on behalf of herself and all similarly situated individuals, has submitted Plaintiff's Settlement Conference Statement to Judge Allison Claire's chambers.

Dated: November 3, 2017         **MASTAGNI HOLSTEDT, APC**


                                By:  /s/ Ian B. Sangster
                                DAVID E. MASTAGNI, ESQ.
                                ISAAC S. STEVENS, ESQ.
                                ACE T. TATE, ESQ.
                                IAN B. SANGSTER, ESQ.
                                Attorneys for Plaintiffs