```
 1 | DAVID E. MASTAGNI, ESQ. (SBN 204244)
   | ISAAC S. STEVENS, ESQ. (SBN 251245)
 2 | ACE T. TATE, ESQ. (SBN 262015)
   | MASTAGNI HOLSTEDT
 3 | A Professional Corporation
   | 1912 "I" Street
 4 | Sacramento, California 95811
   | Telephone: (916) 446-4692
 5 | Facsimile: (916) 447-4614
   | davidm@mastagni.com
 6 | istevens@mastagni.com
   | atate@mastagni.com
 7 |
   | Attorneys for Plaintiffs
 8 |
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY VALENTINE, on behalf of herself and all similarly situated individuals, | Case No. 2:17-cv-00827-KJM-EFB |
| Plaintiffs, | **CONSENT TO BE INCLUDED AS AN INDIVIDUAL PLAINTIFF** |
| v. | [29 U.S.C. § 216(b)] |
| SACRAMENTO METROPOLITAN FIRE DISTRICT, | |
| Defendant. | |

I have been employed by the Sacramento Metropolitan Fire District ("District") within the last three years from the date indicated below, and I am generally familiar with the above-captioned litigation. The District has not fully compensated me for the hours of overtime I have worked in violation of the Fair Labor Standards Act. The District failed to pay my overtime at the "regular rate of pay" as defined by 29 U.S.C. § 207(e). I therefore consent to be included as a Plaintiff in the above-mentioned litigation and to be awarded damages if any are recovered. I understand that the law offices of Mastagni Holstedt, APC, will be representing me in this action and that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize said counsel to make all decisions with respect to the conduct and handling of this case, including the settlement thereof as they deem appropriate and/or necessary.

Dated: 27 NOV , 2017

_____
(Signature)

DAVID BARE
(Print Name)