1 | DAVID E. MASTAGNI, ESQ. (SBN 204244)
ISAAC S. STEVENS, ESQ. (SBN 251245)
2 | ACE T. TATE, ESQ. (SBN 262015)
**MASTAGNI HOLSTEDT**
3 | *A Professional Corporation*
1912 "I" Street
4 | Sacramento, California 95811
Telephone: (916) 446-4692
5 | Facsimile: (916) 447-4614
davidm@mastagni.com
6 | istevens@mastagni.com
atate@mastagni.com
7 |
Attorneys for Plaintiffs
8 |

9 | IN THE UNITED STATES DISTRICT COURT

10 | EASTERN DISTRICT OF CALIFORNIA

11 | TRACEY VALENTINE, on behalf of        )   Case No. 2:17-cv-00827-KJM-EFB
herself and all similarly situated       )
12 | individuals,                          )   **CONSENT TO BE INCLUDED AS AN**
                                          )   **INDIVIDUAL PLAINTIFF**
13 |                  Plaintiffs,          )
v.                                        )   [29 U.S.C. § 216(b)]
14 |                                       )
SACRAMENTO METROPOLITAN FIRE              )
15 | DISTRICT,                             )
                                          )
16 |                  Defendant.           )
                                          )

17 |        I have been employed by the Sacramento Metropolitan Fire District ("District") within the last
18 | three years from the date indicated below, and I am generally familiar with the above-captioned
19 | litigation. The District has not fully compensated me for the hours of overtime I have worked in
20 | violation of the Fair Labor Standards Act. The District failed to pay my overtime at the "regular rate
21 | of pay" as defined by 29 U.S.C. § 207(e). I therefore consent to be included as a Plaintiff in the above-
22 | mentioned litigation and to be awarded damages if any are recovered. I understand that the law offices
23 | of Mastagni Holstedt, APC, will be representing me in this action and that this consent form will be
24 | filed with the court pursuant to 29 U.S.C. § 216(b). I authorize said counsel to make all decisions with
25 | respect to the conduct and handling of this case, including the settlement thereof as they deem
26 | appropriate and/or necessary.

27 | Dated: 12-21 , 2017                    _Dave Durham_
                                           (Signature)
28 |
                                           DAVE DURHAM
                                           (Print Name)

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF