DAVID E. MASTAGNI, ESQ. (SBN 204244)
ISAAC S. STEVENS, ESQ. (SBN 251245)
ACE T. TATE, ESQ. (SBN 262015)
IAN B. SANGSTER, ESQ. (SBN 287963)
**MASTAGNI HOLSTEDT**
A Professional Corporation
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
davidm@mastagni.com
istevens@mastagni.com
atate@mastagni.com
isangster@mastagni.com
Attorneys for Plaintiffs

MORIN I. JACOB, (SBN 204598)
mjacob@lcwlegal.com
LISA S. CHARBONNEAU (SBN 245906)
lcharbonneau@lcwlegal.com
**LIEBERT CASSIDY WHITMORE**
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone: 415.512.3000
Facsimile: 415.856.0306
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY VALENTINE, on behalf of herself and all similarly situated individuals,, <br> Plaintiff, <br> v. <br> SACRAMENTO METROPOLITAN FIRE DISTRICT, <br><br> Defendant. | Case No: 2:17-cv-00827-KJM-EFB <br><br> Complaint Filed: April 20, 2017 <br><br> **STIPULATION TO ALLOW DANIEL WELD TO BE INCLUDED AS INDIVIDUAL PLAINTIFF** |

Plaintiffs TRACEY VALENTINE, et al., on behalf of herself and all similarly situated individuals, ("Plaintiffs"), and Defendant SACRAMENTO METROPOLITAN FIRE DISTRICT, hereby stipulate as follows.

1. On October 17, 2017 the Court issued an Order on Conditional Certification and Notice to Potential Collective Action Members. (Dkt. No. 28.) The Order states, "The last day to opt-in to this collective action shall be seventy-five (75) days from the date the Notice is postmarked. Individuals who have not filed Consent forms by that date may not participate in this lawsuit." (*Id.* at 3:3-6.)

2. The deadline for putative plaintiffs to file Consent forms was on or about January 29, 2018.

3. A putative plaintiff, Daniel Weld, wishes to opt in to this action after the deadline. Attached hereto is his signed Consent to be Included as Individual Plaintiff pursuant to 29 U.S.C. § 216(b).

NOW THEREFORE, it is stipulated and agreed between the parties that:

1. Good cause exists to allow Daniel Weld to join this action as a collective action member.

2. The parties respectfully request the Court issue an order allowing Plaintiffs' counsel to file the attached Consent to be Included as Individual Plaintiff.

SO STIPULATED:

Dated: February 12, 2018         **MASTAGNI HOLSTEDT, APC**

By: */s/ David E. Mastagni*
DAVID E. MASTAGNI
ISAAC S. STEVENS
ACE T. TATE
IAN B. SANGSTER
Attorneys for Plaintiffs

Dated: February 12, 2018         **LIEBERT CASSIDY WHITMORE**

By: */s/ Morin L. Jacob*
MORIN I. JACOB
LISA S. CHARBONNEAU
Attorneys for Defendant

DAVID E. MASTAGNI, ESQ. (SBN 204244)
ISAAC S. STEVENS, ESQ. (SBN 251245)
ACE T. TATE, ESQ. (SBN 262015)
**MASTAGNI HOLSTEDT**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
davidm@mastagni.com
istevens@mastagni.com
atate@mastagni.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY VALENTINE, on behalf of herself and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO METROPOLITAN FIRE DISTRICT,<br><br>Defendant. | Case No. 2:17-cv-00827-KJM-EFB<br><br>**CONSENT TO BE INCLUDED AS AN INDIVIDUAL PLAINTIFF**<br><br>[29 U.S.C. § 216(b)] |

I have been employed by the Sacramento Metropolitan Fire District ("District") within the last three years from the date indicated below, and I am generally familiar with the above-captioned litigation. The District has not fully compensated me for the hours of overtime I have worked in violation of the Fair Labor Standards Act. The District failed to pay my overtime at the "regular rate of pay" as defined by 29 U.S.C. § 207(e). I therefore consent to be included as a Plaintiff in the above-mentioned litigation and to be awarded damages if any are recovered. I understand that the law offices of Mastagni Holstedt, APC, will be representing me in this action and that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize said counsel to make all decisions with respect to the conduct and handling of this case, including the settlement thereof as they deem appropriate and/or necessary.

Dated: 1/29, 2018

_____
(Signature)

Daniel Wdd
(Print Name)