IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY VALENTINE, on behalf of herself and all similarly situated individuals,, <br> Plaintiff, <br> v. <br> SACRAMENTO METROPOLITAN FIRE DISTRICT, <br><br> Defendant. | Case No: 2:17-cv-00827-KJM-EFB <br><br> Complaint Filed: April 20, 2017 <br><br> **[PROPOSED] ORDER TO ALLOW DANIEL WELD TO BE INCLUDED AS INDIVIDUAL PLAINTIFF** |

Based upon stipulation by the parties, IT IS HEREBY ORDERED THAT:

1. Good cause exists to allow Daniel Weld to join this action as a collective action member. Plaintiffs' counsel shall file his Consent to be Included as an Individual Plaintiff pursuant to 29 U.S.C. § 216(b).

IT IS SO ORDERED:

DATED: _____        _____
                                HONORABLE KIMBERLY J. MUELLER,
                                UNITED STATES DISTRICT JUDGE