Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
Lisa S. Charbonneau, Bar No. 245906
lcharbonneau@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone:    415.512.3000
Facsimile:    415.856.0306

Attorneys for Defendant
SACRAMENTO METROPOLITAN FIRE DISTRICT

David E. Mastagni, Bar No. 204244
davidm@mastagni.com
Isaac S. Stevens, Bar No. 251245
istevens@mastagni.com
Ace T. Tate, Bar No. 262015
atate@mastagni.com
Ian B. Sangster, Bar No. 287963
isangster@mastagni.com
MASTAGNI HOLSTEDT
A Professional Corporation
1912 "I" Street
Sacramento, California  95811
Telephone: 916.446.4692
Facsimile: 916.447.4624

Attorneys for Plaintiffs
TRACY VALENTINE, ET AL.

Liebert Cassidy Whitmore
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| TRACEY VALENTINE, on behalf of herself and all similarly situated individuals,,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO METROPOLITAN FIRE DISTRICT,<br><br>Defendant. | Case No.:  2:17-CV-00827-KJM-EFB<br><br>Complaint Filed: April 20, 2017<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE TO REQUEST APPROVAL OF SETTLEMENT AND DISMISSAL OF CASE** |

Plaintiffs TRACY VALENTINE, ET AL. ("Plaintiffs") and Defendant SACRAMENTO METROPOLITAN FIRE DISTRICT ("Defendant"), by and through their respective counsel,

1

stipulate as follows:

WHEREAS, the Parties attended two full-day settlement conferences before Magistrate Judge Allison Claire in February 2018 (Dkt. Nos. 58 and 60);

WHEREAS, the Parties reached material terms of settlement, including a conceptual framework for back pay, on February 15, 2018;

WHEREAS, in response to the February 2018 settlement conferences, the Court set a deadline of May 16, 2018 to submit final dispositional documents (Dkt. No. 60);

WHEREAS, since February 2018, the Parties have continued to work on the details of settlement, including the development of complex back pay, front pay, and other calculation formulae, application of such formulae to all five hundred and three individual Plaintiffs, implementation of agreed-upon changes to payroll, and the drafting of language that carries out the intent of the Parties in this regard;

WHEREAS, details of settlement are not yet finalized and the Parties need additional time to negotiate the language and terms of settlement;

WHEREAS, after the details and terms of settlement are finalized, counsel for Defendant must secure approval from Defendant's Board of Directors, and counsel for Plaintiffs must secure individual approval from each of the more than five hundred Plaintiffs.

NOW THEREFORE, it is stipulated and agreed between the Parties that:

1. Good cause exists to allow the Parties to continue their efforts to finalize settlement.
2. Counsel for the Parties will submit a Joint Stipulation and Request for Approval of Settlement and Dismissal of this case to the Court by July 16, 2018.

Respectfully Submitted:

Liebert Cassidy Whitmore
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105

Dated: May ___, 2018                                    LIEBERT CASSIDY WHITMORE

                                                        By:  */s/ Morin I. Jacob*
                                                             Morin I. Jacob
                                                             Lisa S. Charbonneau
                                                             Attorneys for Defendant
                                                             SACRAMENTO METROPOLITAN
                                                             FIRE DISTRICT

Dated:  May ___, 2018                                   MASTAGNI HOLSTEDT

                                                        By:  */s/David E. Mastagni*
                                                             David E. Mastagni
                                                             Isaac S. Stevens
                                                             Ace T. Tate
                                                             Ian Sangster
                                                             Attorneys for Plaintiffs
                                                             TRACEY VALENTINE, ET AL.

### **[PROPOSED] ORDER**

IT IS HEREBY ORDERED THAT:

1.  The May 16, 2018 deadline for final disposition is VACATED.

2.  The deadline for the Parties to file a Stipulation and Request for Approval of Settlement and Dismissal of this case is July 16, 2018.

**IT IS SO ORDERED.**

Dated: _____              _____
                                       HON. KIMBERLY J. MUELLER
                                       United States District Judge