DAVID E. MASTAGNI, ESQ. (SBN 204244)
davidm@mastagni.com
ISAAC S. STEVENS, ESQ. (SBN 251245)
istevens@mastagni.com
ACE T. TATE, ESQ. (SBN 262015)
atate@mastagni.com
IAN B. SANGSTER, ESQ. (SBN 287963)
isangster@mastagni.com
**MASTAGNI HOLSTEDT**
A Professional Corporation
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
Attorneys for Plaintiffs

MORIN I. JACOB, (SBN 204598)
mjacob@lcwlegal.com
LISA S. CHARBONNEAU (SBN 245906)
lcharbonneau@lcwlegal.com
**LIEBERT CASSIDY WHITMORE**
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone: 415.512.3000
Facsimile: 415.856.0306
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY VALENTINE, on behalf of herself and all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO METROPOLITAN FIRE DISTRICT,<br>Defendant. | Case No: 2:17-cv-00827-KJM-EFB<br><br>Complaint Filed: April 20, 2017<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO REQUEST APPROVAL OF SETTLEMENT AND DISMISSAL OF CASE** |

Plaintiffs TRACEY VALENTINE, ET AL. ("Plaintiffs") and Defendant SACRAMENTO METROPOLITAN FIRE DISTRICT ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the Parties attended two full-day settlement conferences before Magistrate Judge Allison Claire in February 2018 (Dkt. Nos. 58 and 60);

WHEREAS, on February 15, 2018, the Parties reached material terms of settlement, including a conceptual framework for back pay;

WHEREAS, in response to the February 2018 settlement conferences, the Court set a deadline of May 16, 2018 to submit final dispositional documents (Dkt. No. 60);

WHEREAS, following the settlement conferences, the Parties continued to work on the details of settlement, including the development of complex back pay, front pay, and other calculation formulae, application of such formulae to Plaintiffs, implementation of agreed-upon changes to payroll, and the drafting of language that carries out the intent of the Parties in this regard;

WHEREAS, on May 15, 2018, this Court approved the Parties' request to continue the deadline to file a Stipulation and Request for Approval of Settlement and Dismissal of this case from May 16, 2018 until July 16, 2018 to allow the Parties additional time to negotiate the language and terms of settlement as described above (Dkt. No. 64);

WHEREAS, counsel have since finalized the language and terms of settlement as described above, but Defendant's counsel must secure approval from Defendant's Board of Directors and Plaintiffs' counsel must secure individual approval from each of the more than five hundred (500) Plaintiffs.

NOW THEREFORE, it is stipulated by and between the Parties that:

1. Good cause exists to allow the Parties to continue their efforts to finalize the settlement of this action.
2. Counsel for the Parties will submit a Joint Stipulation and Request for Approval of Settlement and Dismissal of this case by August 16, 2018.

Respectfully submitted,

Dated: June 2, 2018                **MASTAGNI HOLSTEDT, APC**

By: */s/ Ian B. Sangster*
DAVID E. MASTAGNI
ISAAC S. STEVENS
ACE T. TATE
IAN B. SANGSTER
Attorneys for Plaintiffs

Dated: June 2, 2018                **LIEBERT CASSIDY WHITMORE**

By: */s/ Morin I. Jacob*
MORIN I. JACOB
LISA S. CHARBONNEAU
Attorneys for Defendant

### [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT:

1. The July 16, 2018 deadline is vacated; and
2. The deadline for the Parties to file a Stipulation and Request for Approval of Settlement and Dismissal of this case is August 16, 2018.

**IT IS SO ORDERED:**

DATED: _____          _____
                                  HONORABLE KIMBERLY J. MUELLER,
                                  UNITED STATES DISTRICT JUDGE