David E. Mastagni, Bar No. 204244
davidm@mastagni.com
Isaac S. Stevens, Bar No. 251245
istevens@mastagni.com
Ace T. Tate, Bar No. 262015
atate@mastagni.com
Ian B. Sangster, Bar No. 287963
isangster@mastagni.com
MASTAGNI HOLSTEDT
A Professional Corporation
1912 "I" Street
Sacramento, California  95811
Telephone:  916.446.4692
Facsimile:  916.447.4624

Attorneys for Plaintiffs
TRACY VALENTINE, ET AL.

Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
Lisa S. Charbonneau, Bar No. 245906
lcharbonneau@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone:   415.512.3000
Facsimile:    415.856.0306

Attorneys for Defendant
SACRAMENTO METROPOLITAN FIRE DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| TRACEY VALENTINE, on behalf of herself and all similarly situated individuals,, | Case No.:  2:17-CV-00827-KJM-EFB |
|---|---|
| Plaintiff, | Complaint Filed: April 20, 2017 |
| v. | **STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING DEADLINE TO REQUEST APPROVAL OF SETTLEMENT AND DISMISSAL OF CASE** |
| SACRAMENTO METROPOLITAN FIRE DISTRICT, | |
| Defendant. | |

Plaintiffs TRACY VALENTINE, ET AL. ("Plaintiffs") and Defendant SACRAMENTO METROPOLITAN FIRE DISTRICT ("Defendant"), by and through their respective counsel,

1

stipulate as follows:

WHEREAS, the Parties attended two full-day settlement conferences before Magistrate Judge Allison Claire in February 2018 (Dkt. Nos. 58 and 60);

WHEREAS, the Parties reached material terms of settlement, including a conceptual framework for back pay, on February 15, 2018;

WHEREAS, in response to the February 2018 settlement conferences, the Court set a deadline of May 16, 2018 to submit final dispositional documents (Dkt. No. 60);

WHEREAS, since February 2018, the Parties have continued to work on the details of settlement, including the development of complex back pay, front pay, and other calculation formulae, application of such formulae to Plaintiffs, implementation of agreed-upon changes to payroll, and the drafting of language that carries out the intent of the Parties in this regard;

WHEREAS, on May 15, 2018, this Court approved the Parties' request to continue the deadline to file a Stipulation and Request for Approval of Settlement and Dismissal of this case from May 16, 2018 until July 16, 2018 to allow the Parties additional time to negotiate the language and terms of settlement (Dkt. No. 64);

WHEREAS, on July 13, 2018, this Court approved the Parties' request to again continue the deadline to file a Stipulation and Request for Approval of Settlement and Dismissal of this case from July 16, 2018 until August 16, 2018 to allow the Parties additional time to secure approval from Defendant's Board of Directors and each of the more than five hundred (500) Plaintiffs (Dkt. No. 66);

WHEREAS, counsel have finalized the language and terms of settlement and have made significant progress.  However, counsel need additional time to secure all Parties' approvals, including approval from approximately 80 Plaintiffs – some of whom are deployed out of their jurisdiction to fight the current California wildfires;

NOW THEREFORE, it is stipulated and agreed between the Parties that:

1. Good cause exists to allow the Parties to continue their efforts to finalize settlement.
2. Counsel for the Parties will submit a Joint Stipulation and Request for Approval of Settlement and Dismissal of this case to the Court by September 28, 2018.

<pre>
Dated: August 13, 2018                    Respectfully Submitted:
                                          LIEBERT CASSIDY WHITMORE


                                     By:  /s/ Morin I. Jacob
                                          Morin I. Jacob
                                          Lisa S. Charbonneau
                                          Attorneys for Defendant
                                          SACRAMENTO METROPOLITAN
                                          FIRE DISTRICT


Dated:  August 13, 2018                   MASTAGNI HOLSTEDT


                                     By:  /s/David E. Mastagni
                                          David E. Mastagni
                                          Isaac S. Stevens
                                          Ace T. Tate
                                          Ian Sangster
                                          Attorneys for Plaintiffs
                                          TRACEY VALENTINE, ET AL.
</pre>

### [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT:

1. The August 16, 2018 deadline for final disposition is VACATED.

2. The deadline for the Parties to file a Stipulation and Request for Approval of Settlement and Dismissal of this case is September 28, 2018.

**IT IS SO ORDERED.**

Dated: _____          _____
                                  HON. KIMBERLY J. MUELLER
                                  United States District Judge