1  DAVID E. MASTAGNI, ESQ. (SBN 204244)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
2  ACE T. TATE, ESQ. (SBN 262015)
   IAN B. SANGSTER, ESQ. (SBN 287963)
3  MASTAGNI HOLSTEDT
   A Professional Corporation
4  1912 "I" Street
   Sacramento, California 95811
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6  davidm@mastagni.com
   istevens@mastagni.com
7  atate@mastagni.com
   isangster@mastagni.com
8
   Attorneys for Plaintiffs
9
   Morin I. Jacob, Bar No. 204598
10 mjacob@lcwlegal.com
   Lisa S. Charbonneau, Bar No. 245906
11 lcharbonneau@lcwlegal.com
   LIEBERT CASSIDY WHITMORE
12 A Professional Law Corporation
   135 Main Street, 7th Floor
13 San Francisco, California 94105
   Telephone: 415.512.3000
14 Facsimile: 415.856.0306

15 Attorneys for Defendant

16                IN THE UNITED STATES DISTRICT COURT

17                    EASTERN DISTRICT OF CALIFORNIA

18
   TRACEY VALENTINE, on behalf of            ) Case No. 2:17-CV-00827-KJM-EFB
19 herself and all similarly situated individuals, )
                                              )  **STIPULATION TO DISMISS**
20              Plaintiffs,                   )  **MULTIPLE PLAINTIFFS**
   v.                                         )
21                                             )
   SACRAMENTO METROPOLITAN FIRE              )
22 DISTRICT,                                   )
                                              )
23              Defendant.                    )
                                              )
24 _____)

25

26

27

28

IT IS HEREBY stipulated by and between the Parties that Plaintiffs CURTIS BANKS, ANGELA BROUQUA, JENAE CALLSION, CAMERON CHAPMAN, SCOTT COURTNEY, RORK CRUSTO, CHRISHANA FIELDS, MICHAEL HAMBIRCK, LINZI HUNTER, LOREN MANSEL, MICHAEL OLCESE, TRACY OLCESE, NEHEMIAH O'NEAL, REBECCA SANTOS-ALESSANDRI, ROBERT SESTITO, and TIM SWANK dismiss their action against Defendant, SACRAMENTO METROPOLITAN FIRE DISTRICT, in the above-entitled matter without prejudice. Defendant agrees to waive any right to costs and attorney fees as a result of this dismissal.

The parties do not intend this dismissal to act as a retraxit with respect to any other plaintiff.

Respectfully submitted,

Dated: September 21, 2018      **MASTAGNI HOLSTEDT, APC**

By: */s/ David E. Mastagni*
DAVID E. MASTAGNI, ESQ.
ISAAC S. STEVENS, ESQ.
ACE T. TATE, ESQ.
IAN B. SANGSTER, ESQ.
Attorneys for Plaintiffs

Dated: September 21, 2018      **LIEBERT CASSIDY WHITMORE**

By: */s/Morin I. Jacob*
MORIN I. JACOB, ESQ.
LISA CHARBONNEAU, ESQ.
Attorneys for Defendant

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation it is hereby ORDERED that:

1. Plaintiffs CURTIS BANKS, ANGELA BROUQUA, JENAE CALLSION, CAMERON CHAPMAN, SCOTT COURTNEY, RORK CRUSTO, CHRISHANA FIELDS, MICHAEL HAMBIRCK, LINZI HUNTER, LOREN MANSEL, MICHAEL OLCESE, TRACY OLCESE, NEHEMIAH O'NEAL, REBECCA SANTOS-ALESSANDRI, ROBERT SESTITO and TIM SWANK are dismissed from this action without prejudice.

IT IS SO ORDERED.

Dated: September __, 2018.

                                            KIMBERELY J. MUELLER
                                            UNITED STATES DISTRICT COURT JUDGE