# Plaintiffs' Individual Signature Pages

# Part 1 of 3

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: CHRISTOPHER AIELLO

Dated: 07-19-2018

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: *Lawrence J Albaugh*

Print Name: Lawrence J Albaugh

Dated: August 09, 2018

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Roger  J  Aldrich_____

Dated: _____7/13/18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name:  *Eric H. Alekman*

Dated:  *7/20/18*

8573626.2 SA012-018

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___Greg Alessandri_____

Dated: ___7/18/18_____

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _Clifton M. Alexander_____

Dated: _7/16/18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: RIAZ ALI

Dated: 07/18/18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _Anna Allen_____

Dated: _7.22.18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name:   CHRIS   ALLEN

Dated:   8/14/18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _Branden Anderson_____

Dated: _7-14-18_____

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _Pat Andersen_____

Dated: ___7/15/18_____

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Brian Anderson_____

Dated: _____7/18/18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: JOSHUA A. ANDERSON

Dated: July 28th, 2019

8573628.2 SA012-018

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name: MICAH ANDERSON

Dated: 8/3/18

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____ 212287

Print Name: ___Michael S. Angotti___ 212287

Dated: ___7/23/18___

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name:    ERIC ARSO

Dated:    7/18/18

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: JONATHAN BARCLAY

Dated: 7/15/18

8573626.2 SA012-018

SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _Catherine Bacoch_

Dated: _8 23 18_

8573626.2 SA012-018

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____

Dated: _____

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____SCOTT BAIRD_____

Dated: _____7/16/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: DANIEL L. BAKER

Dated: 7/2/18

**SETTLEMENT AGREEMENT AND RELEASE**

**INDIVIDUAL SIGNATURE PAGE**

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case.  I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case.  I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.  I accept this settlement as fair and reasonable.  Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Tim Bakken_____

Dated: _____7/23/18_____

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Jason Baldwin

Dated: 7/18/18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name:  DAVID BARE

Dated:  19 JULY 2018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _Timothy Barnes_____

Dated: _7/13/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____

Dated: _____7-30-18_____

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: CHARLES ( BARSDALE JR

Dated: 7/18/18

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Bryan Barthel_____

Dated: _____07/21/18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Jacob Bartlett_____

Dated: _____7/30/18_____

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Ryan Basque

Dated: 7/13/18

SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____TIMOTHY  D.  BEARD_____

Dated: _____7/28/2018_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: JAMES L. BELL

Dated: 8/1/18

Scanned by CamScanner

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name:   Anthony Bellanca

Dated:   7-19-2018

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Brian Benton_____

Dated: _____8/8/2018_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____ERIC BERG_____

Dated: _____8/4/208_____

SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Bryce Beverage_____

Dated: _____7 / 15 / 18_____

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____CRAIG BLEVINS_____

Dated: _____8/9/18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____TYLER   BLOCK_____

Dated: _____7/13/18_____

**SETTLEMENT AGREEMENT AND RELEASE**

**INDIVIDUAL SIGNATURE PAGE**

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___DOUG Boan___

Dated: ___8-23-18___

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _MBogovich_____

Print Name: Matthew Bogovich_____

Dated: 07/28/2018_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: 

Print Name: MICHAEL BONHAM

Dated: 07-16-18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Chris Botto_____

Dated: _____7/31/18_____

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____RANDY BOWES_____

Dated: _____Aug. 7 2018_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name:   MICHAEL  D.  BRADFORD

Dated:   07/18/18

Scanned by CamScanner

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name: RYAN BREUER

Dated: 5/30/18

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____RYAN BRIDGES_____

Dated: _____7/20/18_____

**SETTLEMENT AGREEMENT AND RELEASE**

**INDIVIDUAL SIGNATURE PAGE**

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Brenden Brown

Dated: 07/22/18

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Robert J. Bruce_____

Dated: _____8/8/18_____

**SETTLEMENT AGREEMENT AND RELEASE**

**INDIVIDUAL SIGNATURE PAGE**

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case.  I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case.  I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.  I accept this settlement as fair and reasonable.  Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Cody Burdette _____

Dated: 7/25/18 _____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _PAUL R. BURNS_____

Dated: _7-13-18_____

**SETTLEMENT AGREEMENT AND RELEASE**

**INDIVIDUAL SIGNATURE PAGE**

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case.  I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case.  I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.  I accept this settlement as fair and reasonable.  Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Shawn P. Burke_

Print Name: _Shawn P. Burke_

Dated: _7/27/18_

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _David C Burnett_

Print Name: _David W. Burnett III_

Dated: _8-1-18_

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: SASON BURGER

Dated: 7-15-18

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____JAKE BUZZETTA_____

Dated: _____07-20-18_____

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name:   JASON CAHILL

Dated:   7/20/18

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE

# INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: GREGORY CAIN

Dated: 8/3/18

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: STEVEN G. CALDWELL

Dated: 7/18/18

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _PATRICK CALLAHAN_____

Dated: _8/8/18_____

SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Christopher Carey_____

Dated: _____08/21/2018_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name: Benjamin Cargile

Dated: 7/13/18

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Blake Carlile

Dated: 7/16/18

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: CASEY CARLILE

Dated: 7-15-18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Matthew Carlson

Dated: 7-17-18

8573626.2 SA012-018

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____ROSARIO   CAROLLO_____

Dated: _____7/23/18_____

### SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____JOHN G. CARR_____

Dated: _____7/30/2018_____

8573636.2 SA012-018

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

242699

Print Name: DAVid A CARRillo

Dated: 7-18-18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: JASON CARROLL

Dated: 7/24/18

# SETTLEMENT AGREEMENT AND RELEASE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___JOHN P. CASSARA___

Dated: ___7/28/18___

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: David Castee

Dated: 7/15-18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _Genaro Castro_____

Dated: _7-24-18_____

8573626.2 SA012-018

# INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name:  BRETT CATER

Dated:  7/21/18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name:     Shannen Chamberlin

Dated:     07-30-2018

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____

Dated: _____

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Caylan Clark_____

Dated: _____7-15-18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: MATTHEW R. COLE

Dated: 7/27/18

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___KEVIN M. COLEMAN_____

Dated: ___8/12/18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name:    RICHARD COLEMAN

Dated:    8-1-18

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Shawn Condit

Dated: 7/16/18

8573626.2 SA012-018

**SETTLEMENT AGREEMENT AND RELEASE**

**INDIVIDUAL SIGNATURE PAGE**

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Brian Conn

Dated: 7/24/18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _John J. Conner_

Print Name: _John J. Conner_

Dated: _7/13/18_

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Sky Conway_____

Dated: _____7/24/18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____ JEFF CONZATTI _____

Dated: _____ 8 / 4 / 18 _____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Rebecca Cordova

Dated: 7-22-18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Steve Cormier

Dated: 8/2/18

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Jason Cornell_

Print Name: _JASON CORNELL_

Dated: _23 JULY 2018_

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Shhl Cenll_

Print Name: _Shani L. Cornell_

Dated: _July 23, 2018_

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name:   NICHOLAS  M  COVINGTON

Dated:   7/26/18

# SETTLEMENT AGREEMENT AND RELEASE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name:      BRIAN K. COWIN

Dated:      09/09/18

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____ TYLER  CRAFT _____

Dated: _____ 7/15/18 _____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___STEPHEN CRAIG_____

Dated: ___7/19/18_____

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___JEREMY CRAWFORD_____

Dated: ___7-24-18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: MATTHEW CROOKS

Dated: 7/13/18

SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name: _____Brian L Currie_____

Dated: _____August 8, 2018_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name: Jacob Currie

Dated: 8/04/18

8573626.2 SA012-018

Scanned by CamScanner

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Jeremy Dobb

Dated: 7/16/18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name:      DAVID      DABELICH

Dated:      7/25/18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: 

Print Name: SHAWN DACY

Dated: 7/27/18

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Keith    Dane l_____

Dated: _____7/17/18_____

R730032SA02589

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Pete Danielski

Dated: 8-30-18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Matthew Dargan_____

Dated: _____8/4/19_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: 

Print Name: Sandel David

Dated: 7/13/18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Jonathan Davis_____

Dated: _____7/13/18_____

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Michael E. Oar, JR.

Dated: 8/14/18

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Thomas DeGrace_____

Dated: _____7/19/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _Michael J. De Jong_

Dated: _7-13-18_

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: BRAD DESSERT

Dated: 08/01/18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _MARK   DE ZORDO_

Dated: _7-13-18_

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Kyle DiBiase

Dated: 7/20/18

8573626 2 SA012-018

# SETTLEMENT AGREEMENT AND RELEASE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name: CHAD DILLOP

Dated: 7/18/18

8573626.2 SA012-018

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Doug Dolezal

Dated: 8-14-18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Jeff Carl_

Print Name: _Jeff Dornbush_

Dated: _7-13-18_

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____JAMES DOYLE_____

Dated: _____7/15/18_____

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____

Dated: _____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:  *Thomas Mark Dunne*

Print Name:  THOMAS MARK DUNNE

Dated:  7-8-2018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name:    BRYAN DePERTUIS

Dated:    7-22-18

SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: Nicholas Dupray
Digitally signed by Nicholas Dupray
DN: cn=Nicholas Dupray, o, ou,
email=NDupray@gmail.com, c=US
Date: 2018.08.20 13:46:04 -07'00'

Print Name: Nicholas Dupray

Dated: 08/20/2018

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name:   DAVE  DURHAM

Dated:   7-26-18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____TAYLOR EDWARDS_____

Dated: _____7-14-2018_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: 

Print Name:  STEVE EGGIMANN

Dated:  8/12/18

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: 

Print Name: TIM EISERT

Dated: 07-14-2018

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name:    Jason  A.  Ekin

Dated:    7 - 16 - 18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Clayton E. Elledge_

Print Name: _CLAYTON E. ELLEDGE_

Dated: _07/16/2018_

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Mathew Ell_

Print Name: _MATTHEW Ellinwood_

Dated: _7 - 27 - 18_

8573626.2 SA012-018

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name:     JAMES  P. ELLIS Jr.

Dated:     7-17-18

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Clinton Erwin

Dated: 8/2/18

# SETTLEMENT AGREEMENT AND RELEASE
# INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Joseph Evans_

Print Name: _Joseph Evans_

Dated: _8/14/18_

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: BRIAN EVERS

Dated: JULY 26, 2018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Dillon Fader

Dated: 9/9/18

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____David Farrell_____

Dated: _____July 13 2018_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Dan Faulk_

Print Name: _DAN FAULKNER_

Dated: _7/19/18_

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____SCOTT W. FENDT_____

Dated: _____07/24/18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name:    Patrick Ferrill

Dated:    8/1/2018

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____PAUL FERRIN_____

Dated: _____July 30, 2018_____

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ANDY FIELD _____

Dated: 7/21/18 _____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____ Anthony Fink _____

Dated: _____ 7 / 27 / 2018 _____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Josel a. F_____

Print Name: _Joseph A. Fiorica_

Dated: _7/18/18_

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Jaeden Fitts_____

Dated: _____8/8/18_____

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ____James Flint_____

Dated: ____7/15/2018_____     Socmetroflsa@mastagni.com

SETTLEMENT AGREEMENT AND RELEASE

# INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: KIM FONG

Dated: 8/11/18

8573626.2 SA012-018

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _Chad Fontin_____

Dated: _7-23-18_____

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____WnFox_____

Print Name: _____WILLIAM   Fox_____

Dated: _____7/24/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ROGER FRANKE

Dated: July 13, 2018

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: JUSTIN FREY

Dated: 7/19/18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Kyle Fritz

Dated: 7/25/18

8573626.2 SA012-018

Scanned with CamScanner

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Rashawn Fulcher_____

Dated: _____7/31/18_____

**SETTLEMENT AGREEMENT AND RELEASE**

**INDIVIDUAL SIGNATURE PAGE**

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____ Justin   Gallisdorfer _____

Dated: _____ 7-14-18 _____

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ANDREA HOLLY GARDNER

Dated: 7/19/2018

8573626 2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: RUSSELL GARDNER

Dated: 7/24/18

**SETTLEMENT AGREEMENT AND RELEASE**

**INDIVIDUAL SIGNATURE PAGE**

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case.  I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case.  I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.  I accept this settlement as fair and reasonable.  Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: JOE GARZA III

Dated: 7/24/18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name: Mike Gaup

Dated: 7/13/18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ALLEN D. GETREU

Dated: 07/25/2018

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____TYLER A. GETREU_____

Dated: _____07/25/2018_____

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____M. Ryan Gifford_____

Dated: _____7/14/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Michael Gildone

Dated: 7/13/2018

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _Anthony Glenn_____

Dated: _7/24/2018_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____DONALD  J. GODFREY, JR._____

Dated: _____07-19-18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____BASTIAN  GOLLADAY_____

Dated: _____8/13/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name:   BRIAN GONSALVES

Dated:   7/30/18

SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _Kyle Gordon_____

Dated: _07/16/2018_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name:  TREVOR GREEN

Dated:  7·14·18

SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____John Graf_____

Dated: _____7-15-2018_____

# INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Philip Graffis

Dated: 7/24/18

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Eric Gravin _____

Dated: 7/31/18 _____

SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Bryan Gray_____

Dated: _____7/25/2018_____

SETTLEMENT AGREEMENT AND RELEASE

# INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____Grayin  zizugz_____

Print Name: _____JOHN GRAZIS_____

Dated: _____8/22/18_____

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Greg Breen

Dated: 8/8/18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Kenneth Greenberg

Dated: 8/14/18

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _CHRISTOPHER GREENE_____

Dated: _7/18/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Joel Greenfield_____

Dated: _____7-18-18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Chris Gregory

Dated: 7/25/2018

# SETTLEMENT AGREEMENT AND RELEASE
# INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name:    Kevin Gresham

Dated:    7/24/18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____JERRAD GRIDER_____

Dated: _____07/26/2018_____

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____MARK   GRIFFIN_____

Dated: _____7/22/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____RICK GRIGGS_____

Dated: _____7/16/18_____

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Jon Grindy_____

Dated: _____8/8/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: PHILIP GROSS

Dated: 7/28/18

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____JEREMY GRUNDMANN_____

Dated: _____8/5/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name:  MARK Guseynov

Dated:  7 - 13 - 18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _Kyle Hagerty_____

Dated: _7/16/18_____

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Lynette Hall_

Print Name: LYNETTE HALL

Dated: 8/10/18

8573626.2 SA012-018

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Justin D Hallock_____

Dated: _____08/08/2018_____

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____ Tom Hansen _____

Dated: _____ 7-19-18 _____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: *Christopher J. Hanson*

Print Name: Christopher J. Hanson

Dated: 07/24/2018

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Anthony W Hargett

Dated: 8  14  2018

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____BRIAN HARLESS_____

Dated: _____8/16/18_____

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Kenneth Harrington

Dated: 7-24-18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Steve Harrington_____

Dated: _____7/13/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____JASON B. HARRIS_____

Dated: _____7/16/18_____

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____

Dated: 3/5/2018

KETS926.2 SA013.018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Roger HART_____

Dated: _____8/4/18_____

8573626.2 SA012-018

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____

Dated: 8/2/18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: STEN HAUGE

Dated: 7.25-18

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: MICHAEL HAURY

Dated: 8/10/18

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____ERIC   HAUS_____

Dated: _____7-21-18_____

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name: _____Matthew Hauser_____

Dated:
_____08/08/18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $ ,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _Amerik Carl Hayden_

Dated: _8/1/18_

SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Mike Hazlett_____

Dated: _____7/17/18_____

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Nathaniel Hazlett

Dated: 07/16/18

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____RANDALL HEIN_____

Dated: _____8/16/18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____CRAIG HENDERSON_____

Dated: _____7/13/18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: EDWARD HENDERSON

Dated: 7/17/18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: Kevin Henson

Print Name: KEVIN HENSON

Dated: 7-13-18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: JEFFREY Hickman

Dated: 7/13/2018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____CHRISTOPHER   HICKS_____

Dated: _____7/13/18_____

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____ ANTHONY HIRD _____

Dated: _____ 7/19/2018 _____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Nat Hoff_

Print Name: _NATHAN HOFFORD_

Dated: _7-14-18_

8573626.2 SA012-018