# Plaintiffs' Individual Signature Pages

# Part 2 of 3

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____24J05T_____

Print Name: __BRENDAN  HOGAN__

Dated: __7 - 14 - 18__



## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Scott Holm_____

Dated: _____7/31/2018_____

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: 

Print Name: Jeremy Hord

Dated: 8/9/18

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: William Hosmann

Dated: 8/8/2018

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ADAM A. HOUSE

Dated: 7-16-18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Daniel J. Hoy

Dated: July 27, 2018

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ADAM HUCKABY

Dated: 7/18/18

SETTLEMENT AGREEMENT AND RELEASE

# INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name: JON HULL

Dated: 8/9/18

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____JON HUNTER_____

Dated: _____7/17/18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: JEFF INCERTY

Dated: 7/14/18

8573626.2 SA012-018

SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____

Dated: _____7/17/18_____

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name: Gerald Jacobs

Dated: 15 July 2018

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____John Trevor Jamison_____

Dated: _____8/2/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Aaron Jauregui_____

Dated: _____7/16/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Jared Jeglie

Dated: 7/18/18

SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _CHARLES H. JENKINS JR._

Dated: _7/26/18_

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____RYAN JEREMICA_____

Dated: _____7-18-18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name:  CArL   Jewell

Dated:  7/14/18

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Michael Johnson_____

Dated: _____7/16/18_____

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have regotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valertine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _STEVEN  D. JOHNSON_____

Dated: _07/25/2018_____

8573626.2 SA012-018

SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____JEFFREY S. JONES_____

Dated: _____AUGUST, 8 2018_____

8573626.2 SA012-018

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Robert Judge_____

Dated: _____8-15-18_____

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Sean Jukch

Dated: 7/22/18

8573626.2 SA012-018

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ANTHONY KASTROS

Dated: 7/16/18

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____KURT KATSUYOSHI_____

Dated: _____8/14/18_____

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ____JOSHUA   KATZ_____

Dated: ____7/25/18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____JOEL D. KAUFFMAN_____

Dated: _____8-23-18_____

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____KILEY KEELEY_____

Dated: _____7/15/18_____

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name:   ERIC  KELLENBERGER

Dated:   7/19/18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____CHRIS   KELLOGG_____

Dated: _____7/25/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name:   CHRISTOPHER  T.  KENTON

Dated:   7-13-18

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Danny Iam_____

Dated: _____8/8/18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valeatine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ____Kevin King____

Dated: ____7/18/18____

8573626.2 SA012-018

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: 

Print Name: Brian Kinsel

Dated: 8/8/18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name:     ERIC   S. KOMVLAINEN

Dated:     7-13-18

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____ Tyler Konkel _____

Dated: _____ 7/28/2018 _____

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___JACOB  KOONTZ_____

Dated: ___7/29/18_____

5973626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: 

Print Name:  COREY KUEBLER

Dated:  7-24-18

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___TED LADYMAN___

Dated: ___8-20-18___

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: David Lahl

Dated: 7/20/18

13776362.2 SA0312-018

**SETTLEMENT AGREEMENT AND RELEASE**

**INDIVIDUAL SIGNATURE PAGE**

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case.  I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case.  I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.  I accept this settlement as fair and reasonable.  Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Mitchell Landaeta

Dated: 7/27/18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____TODD LANIGAN_____

Dated: _____7/19/18_____

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___JOSHUA LARSON_____

Dated: ___7/18/18_____

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _Michael Launier_

Dated: _7/24/18_

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: STEVEN LAVENDA

Dated: 8/2/18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: Barbara Law

Print Name: Barbara Law

Dated: 07/24/18

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___Tim Lawrence___

Dated: ___7-14-18___

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: **Brent Le Blanc**

Dated: **8/20/18**

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: 

Print Name:   JAMES B. LEE

Dated:   7/28/2017

**INDIVIDUAL SIGNATURE PAGE**

District and a Plaintiff in this case. I, the undersigned, hereby acknowledge I have read and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: __MATTHEW LEFEVRE__

Dated: __7-28-18__

8775626.2 SA0012404

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____TYSON LEIGHTON_____

Dated: _____7/30/18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____ Shawn Lemon _____

Dated: _____ 07/30/2018 _____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___Josh Leonard_____

Dated: ___7/18/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____BEAU LEVESQUE_____

Dated: _____07/24/18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___Justin Levesque___

Dated: ___8/4/18___

# SETTLEMENT AGREEMENT AND RELEASE

# INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___Marcus Lewis___

Dated: ___7/22/18___

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ____FRANK JOSEPH LIMA JR._____

Dated: ____7/16/2018_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: AARON LINDQUIST

Dated: 8/2/18

# SETTLEMENT AGREEMENT AND RELEASE

# INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____ Kiegon List _____

Dated: _____ 7/17/17 _____

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Taylor Loheit_

Print Name: _TAYLOR LOHEIT_

Dated: _7/18/18_

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name:     Scott Lohmeyer

Dated:     7-14-2018

SETTLEMENT AGREEMENT 70-4 FILED 09/

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____PHILLIP LOPEZ_____

Dated: _____7/15/18_____

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____TREFFIN LORES_____

Dated: _____7/15/18_____



## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: BERNARDO LOVATO JR.

Dated: 7/31/18

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____John Lowe_____

Dated: _____7/18/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury, that the foregoing is true and correct.

Signature: _____

Print Name: _____MICHAEL S. LOWRY_____

Dated: _____15 JUL 18_____

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____James Lyda_____

Dated: _____8-14-18_____

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Chuck Lynch Jr._____

Dated: _____7/20/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____ Greg Lynch _____

Dated: _____ 7/13/18 _____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name:   NICK MACK

Dated:   7-14-18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____

Dated: _____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Ryan L. Maerkler_

Print Name: _Ryan Maerkler_

Dated: _7/16/18_

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: 

Print Name: Ryan Malich

Dated: 7/16/2018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Jordan Majestic

Dated: 7/17/18

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: JEFF MALINOWSKI

Dated: 7.28.18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name:     James Mandes

Dated:     7/26/18

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____RYAN MANFREDI_____

Dated: _____7/16/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name: TERRENCE MANLEY

Dated: 7/25/18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Chris MANOS

Dated: 7-15-18

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____GREG A. MARKEL_____

Dated: _____7/20/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: 

Print Name:   DONALD E. MARTIN JR

Dated:   7/16/18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Mike Martin_____

Dated: _____7-16-18_____

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____ROBERT A. MARTIN_____

Dated: _____08/20/18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Thomas Martin

Dated: Aug. 5th, 2018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Koren Martinelli_

Print Name: _KOREN MARTINELLI_

Dated: _7/27/2018_

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:  _Maurio Martin_

Print Name:  _Maurio Martinez_

Dated:  _7/13/18_

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Robert W. Matheson_

Print Name: _Robert W. Matheson_

Dated: _7.25.18_

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: CROK MATTIOLI

Dated: 7/20/18

# INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name: MICHAEL MCDANIEL

Dated:

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: RYAN M DERMOTT

Dated: 8/8/18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Dru McDonald

Dated: 7-17-18

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____

Dated: _____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name:     Matthew 6. McGrew

Dated:     7/24/18

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, Tracey Valentine et al. v. Sacramento Metropolitan Fire District, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, Tracey Valentine et al. v. Sacramento Metropolitan Fire District, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: __**Scott T. McKenney**_____

Dated: ___**8/16/2018**_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____GEORGE THOMAS McKINNON, JR._____

Dated: _____08-15-2018_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___RYAN MCMAHON___

Dated: ___7/16/18___

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___Dustin McNab_____

Dated: ___7/18/18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Jim Myyra_

Print Name: _Tim Myyra_

Dated: _7/13/18_

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____**Bart Meyer**_____

Dated: _____**7/21/2018**_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Steven Meyer_

Print Name: _Steven Meyer_

Dated: _7/20/18_

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al.* v. *Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al.* v. *Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Duane P. Miller_____

Dated: _____7/23/2018_____

# SETTLEMENT AGREEMENT AND RELEASE
# INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Matt Miller_____ 245318

Dated: _____7/24/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case.  I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case.  I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.  I accept this settlement as fair and reasonable.  Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Wendell Jeffrey Miller_____

Dated: _____8/2/2018_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ADAM MITCHELL

Dated: 7/18/18

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Bryce Mitchell_

Print Name: BRYCE MITCHELL

Dated: 08-14-2018

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___DAVID MONICAL___

Dated: ___7/18/18___

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___Aaron Montgomery___

Dated: ___8/6/18___

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Josh Moore_____

Dated: _____7/20/18_____



## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name:  PAY MAZA

Dated:  7/31/18

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Edward Morell_

Print Name: _EDWARD MORELL_

Dated: _AUG 10, 2013_

**SETTLEMENT AGREEMENT AND RELEASE**

**INDIVIDUAL SIGNATURE PAGE**

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: GREG MORABIDGE

Dated: 7/16/18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Michael Morris_

Print Name: _Michael Morris_

Dated: _7/24/18_

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Joe Moschetti_____

Dated: _____7/18/18_____

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: JAMES MROZINSKI

Dated: 7/25/18

SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____

Dated: _____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Andrew Mark Najera_____

Dated: _____7/26/2018_____

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Chris Neiss_____

Dated: _____7/22/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____CHRIS NELSON_____

Dated: _____7/13/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___Thomas S Neville___

Dated: ___7-20-18___

1571626.2 SA012-013

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____ HUY   NGUYEN _____

Dated: _____ 7/13/18 _____

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___Charles Nicholas_____

Dated: ___07/26/2018_____

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: 

Print Name: Tom Niklewski   242786

Dated: 8-11-18

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Troy Nogosek_

Print Name: _Troy Nogosek_

Dated: _24 July 18_

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: James W. Novotny

Dated: 7/24/18

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Mark Nunez_____

Dated: _____8/1/18_____

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____John Oakes_____

Dated: _____7-23-2018_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: 

Print Name: BRIK OAKES

Dated: 7-17-18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: JORDAN OAKES

Dated: 7-17-18

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _Steven Oberlander_____

Dated: _____7/15/18_____

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Janice Odestig_

Print Name: _JANICE ODESTIG_

Dated: _8/21/18_

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Daniel O'Maley_____

Dated: _____07 / 23 / 2018_____

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Kevin F. Osen_____

Dated: _____7/20/18_____

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Tyler OSMRO

Dated: 8/14/2018

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Scott Owen_____

Dated: _____7/15/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: MATTHEW. OLISTON

Dated: 7 / 18 / 18

8573626 2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____ Erik D Paulsen _____

Dated 07/24/2018

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____STEPHEN PERRY_____

Dated: _____7/19/18_____

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name:    SCOTT PERRYMAN

Dated:    7-16-18

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Robert A Petruzzi_____

Dated: _____8-29-2018_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____JOSEPH PETTY_____

Dated: _____8/1/18_____

**SETTLEMENT AGREEMENT AND RELEASE**

**INDIVIDUAL SIGNATURE PAGE**

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case.  I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case.  I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.  I accept this settlement as fair and reasonable.  Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: DAT PHAM

Dated: 27-JUL-18

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _EHRON PHILLIPS_____

Dated: _7/21/18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Ron A Phillips_

Print Name: _RON A. PHILLIPS JR_

Dated: _AUG 28, 2018_

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___JOSEPH   PICK_____

Dated: ___8/15/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name: Dustin Pierson

Dated: 7/14/18

Scanned with CamScanner

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____Ryan Pittman_____

Print Name: _____Ryan Pittman_____

Dated: _____7/28/18_____

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: TRAVIS POINTER    242621

Dated: 7/16/2018

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Jamie Poole

Dated: 07/08/18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____BUD POWELL_____

Dated: _____8-20-18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: CARL POWELL

Dated: 7-14-18

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: STEVEN CODY POWERS

Dated: 8/11/18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___Pritchard, James_____

Dated: ___7/25/18_____

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____RYAN PULLS_____

Dated: _____7/16/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _Vincent Purcell_____

Dated: _7-18-18_____

4573026.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Kennes Mbgwll_

Print Name: _KENNETH M PYWELL_

Dated: _7/13/18_

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____CHRIS QUINN_____

Dated: _____8/18/18_____

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___Robert F. Reddigan Jr___

Dated: ___8-6-2018___

# INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Andrew Ramer_____

Dated: _____7-26-18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____MATT RANDAZZO_____

Dated: _____7/27/18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name:  Brett RANDLE

Dated:  8/1/18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: DAVE RAY

Dated: 8/5/2018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name:  JEFFERY S. KEAGOR

Dated:  07/26/2018

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____GREG REDMAN_____

Dated: _____7/16/18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Christopher K. Reed_

Print Name: _Christopher K. Reed_

Dated: _8/18/18_