# Plaintiffs' Individual Signature Pages

# Part 3 of 3

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____DAVID REED_____

Dated: _____8/12/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name:   JOHN REEVES

Dated:   8/3/18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: MARK REPETTO

Dated: 7/13/18

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: JOSEPH  M  REYES

Dated: 8 - 8 - 18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: W. BRAD REYNOLDS

Dated: 7/13/18

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: NICHOLAS RHINEHART

Dated: 07/28/2018

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Craig Ricci_____

Dated: _____7/18/18_____

**SETTLEMENT AGREEMENT AND RELEASE**

**INDIVIDUAL SIGNATURE PAGE**

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case.  I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case.  I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.  I accept this settlement as fair and reasonable.  Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Brandon Richardson

Dated: 7-25-18

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Scott R_____

Print Name: _Scott Richardson_____

Dated: _8/13/18_____

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: JUSTIN RIO

Dated: 7/18/18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____Heath Rista_____

Print Name: _____Heath n Ristau_____

Dated: _____7-20-18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name:  JOEL ROBERTS

Dated:  7/13/18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name:   ALEXANDER   RODONI

Dated:   7/13/18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Dustin Rodriques_____

Dated: _____7/13/18_____

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Mark Rogers_____

Dated: _____7-26-2018_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: CASEY ROSEMAN

Dated: July 29TH 2018

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Ryan Ross_____

Dated: _____7-16-18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name: Mike Rowan

Dated: 7/25/18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _David Rowland_

Print Name: _DAVID ROWLAND_

Dated: _7-26-2018_

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____ ERIK ROMAN RUBALCAVA _____

Dated: _____ 7-26-2018 _____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Rich Rubiales_

Print Name: _Rich Rubiales_

Dated: _7-17-18_

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Roy Ruo

Dated: 7/16/18

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____

Dated: _____7/22/18_____

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,561.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___Christopher Ruscica_____

Dated: ___7/16/18_____

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ADAM RUSSELL

Dated: 7-16-18

SETTLEMENT AGREEMENT AND RELEASE

# INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: **Grant Russell** _____

Dated: **8/12/2018** _____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Matt Rust_____

Dated: _____7/18/18_____

SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Kyle Rutherford

Dated: 7/25/2018

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____

Dated: _____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____ JULIAN SAHAYDAK _____

Dated: _____ 7/28/18 _____

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Scott SALVATORI

Dated: July 16, 2018

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____STEVEN SALVESTRIN_____

Dated: _____7/23/18_____

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Matthew Sammons_____

Dated: _____7/25/18_____

# SETTLEMENT AGREEMENT AND RELEASE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Andres Sanchez_____

Dated: _____8/1/2018_____

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Kyle Santuccio_____

Dated: _____7/19/18_____

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: JOHN  SCHANZENBACH

Dated: 07-26-18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name:     MICHAEL   SCHANZENBACH

Dated:     7/25/18

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name: Erika Schiff

Dated: 8/9/18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name:   RICHARD E SCHMIEDT

Dated:   7/16/18

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____ JOE SCHMITT _____

Dated: _____ 7/19/18 _____

SETTLEMENT AGREEMENT AND RELEASE

**INDIVIDUAL SIGNATURE PAGE**

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____ SCOTT SWINGIDER _____

Dated: _____ 7/27/18 _____

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Mark Schreck

Dated: 3/2/18

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _Brad Schumacher_

Dated: _8/27/2018_

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name:       Sean Schumacher

Dated: _____08/01/2018_____

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Addan Schwartz_____

Dated: _____7-29-18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name:  SEAN  SCOLLARD

Dated:  7 | 13 | 18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Jonpaul   Seivane____

Dated: _____8/14/18____

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Larry   Servano_____

Dated: _____8/20/18_____

8573626 2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ADAM SHAPLEY

Dated: 7/20/2018

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___DERRICK SHEETZ_____

Dated: ___7/16/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: 

Print Name:     Douglas Shehan

Dated:     7/13/18

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _Scott Shield_

Dated: _7/15/16_

8573626.2 SA012-018

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:  _Ilya Shokur_

Print Name:  _ILYA SHOKUR_

Dated:  _8/8/18_

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____ TAYLOR   SILVA _____

Dated: _____ 8/9/18 _____

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____CARL   SIMMONS_____

Dated: _____7/18/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Troy Simonick_____

Dated: _____8-7-18_____

**SETTLEMENT AGREEMENT AND RELEASE**

**INDIVIDUAL SIGNATURE PAGE**

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case.  I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case.  I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.  I accept this settlement as fair and reasonable.  Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____DAVID SINCLAIR_____

Dated: _____07/25/18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____JEFF SIOLIN_____

Dated: _____8/1/18_____

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _Michael Slae_____

Dated: _7/17/18_____

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _Tim Slone_____

Dated: _7/17/18_____

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____

Dated: _____

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Randal S. Smith_

Print Name: _Randal G. Smith_

Dated: _7/18/18_

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___Ryan Smith___

Dated: ___7/17/18___

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Tyler Smith_

Print Name: _Tyler Smith_

Dated: _7/20/18_

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Matthew L. Smotherman_

Print Name: _MATTHEW SMOTHERMAN_

Dated: _7/26/18_

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Joshua Snider
_____

Dated: 07/24/18
_____

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Peter Sobrio_____

Dated: _____7/29/18_____

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___VERONICA SORGI___

Dated: ___8/1/2018___

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name:  ADAM T. SAIVA

Dated:  7/22/18

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,155.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___Jonathan Squaglia_____

Dated: ___08/04/18___

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: 

Print Name:  TODD STAFINDIL

Dated:  7-13-10

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____MARK STERN_____

Dated: _____7/16/18_____

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___William Stevens_____

Dated: ___7/17/2018_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____JASON STOOPS_____

Dated: _____7/27/18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name: MATTHEW STUART

Dated: 7/13/18

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Darrell Sullivan

Dated: 07 - 27 - 18

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Derek Sullivan_____

Dated: _____8-10-18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___David Sutton___

Dated: ___7/22/18___

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Colin Swarthout_____

Dated: _____7/14/18_____

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Craig Sweeney_____

Dated: _____7/25/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name:   LUKE SWEETERS

Dated:   8/27/2018

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: STEVEN SIPUTA

Dated: 07/20/18

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____STEVEN TAFOYA_____

Dated: _____7-18-18_____

**SETTLEMENT AGREEMENT AND RELEASE**

**INDIVIDUAL SIGNATURE PAGE**

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case.  I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case.  I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.  I accept this settlement as fair and reasonable.  Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Daniel Taylor_

Print Name: _Daniel Taylor_

Dated: _7/24/18_

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name: JEFF TAYLOR

Dated: 07/17/18

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name:     Zachary H. Taylor

Dated:          08/18/2018

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____David Terry_____

Dated: _____8/9/2018_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Lindie Thomas

Dated: 7-19-18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____MITCH   THOMAS_____

Dated: _____7/28/18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Owen Thomas_____

Dated: _____7/20/18_____

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____JOSHUA THOMPSON_____

Dated: _____07/16/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Kevin Thompson

Dated: 7/30/18

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____TRoy N. THOMPSON_____

Dated: _____8/15/18_____

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: 

Print Name: MARK THOUSEN

Dated: 8-1-2018

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____ BRYAN THOMSON _____

Dated: _____ July 16, 2018 _____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name:  CHACHRIS THONGMANEE

Dated:  7/27/18

SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____ STEVE  THORNS _____

Dated: _____ 7 - 16 - 18 _____

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Steve Thue_____

Dated: _____8/8/2018_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ALEKSANDR TIMCHUK

Dated: 07/20/2018

**SETTLEMENT AGREEMENT AND RELEASE**

**INDIVIDUAL SIGNATURE PAGE**

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case.  I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case.  I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.  I accept this settlement as fair and reasonable.  Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name:  Aaron Todd

Dated:  08/02/2018

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____ALEXANDER TREVINO_____

Dated: _____7/16/18_____

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: KATIE TRIMBLE

Dated: 7/21/18

# INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of the Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: JP Turanski

Dated: 7/19/18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Andrew Twedader_____

Dated: _____8/12/18_____

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Richard Turner_

Print Name: _Richard Turner_

Dated: _7/17/2018_

# SETTLEMENT AGREEMENT AND RELEASE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____ STEVE   TURNER _____

Dated: _____ 8/30/18 _____

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____

Dated: _____

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: JASON VALENZUELA

Dated: 7/22/18

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Travis Van Arnum

Dated: July 18, 2018

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: RYAN VAN BRUNT

Dated: 7-20-18

857/6026.2 SA013-015

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____William R Van Derwerker III_____

Dated: _____7/16/18_____

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: CHRISTOPHER A. VESTAL

Dated: AUGUST 14, 2018

8573626 2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Jason N. Veszh_____

Dated: _____7/20/2018_____

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____AARON VOLLE_____

Dated: _____7/20/18_____

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Craig von Chance-Stutler_

Print Name: _Craig von Chance-Stutler_

Dated: _7-17-2018_

SETTLEMENT AGREEMENT AND RELEASE

# INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages-

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Peter Votava

Dated: 8-9-18

SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Holly Wagner_

Print Name: _HOLLY WAGNER_

Dated: _7-16-18_

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: **Nathan D. Walker**

Dated: **07/28/18**

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: RICHARD WALKER

Dated: 7/24/18

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___Bryan Walsh_____

Dated: ___7/15/18_____

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Duane R Walsh

Dated: 7-16-18

# SETTLEMENT AGREEMENT AND RELEASE

# INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____KYLE WARNE_____

Dated: _____7/19/18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___BRIAN WATLEY___

Dated: ___7/24/18___

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ADRIAN WATSON

Dated: 07/19/18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ___JASON   WATTS_____

Dated: ___7-22-18_____

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Barton G. Weatherly_

Print Name: _Barton G. Weatherly_

Dated: _July 17, 2018_

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Aaron Webster_

Print Name: _AARON WEBSTER_

Dated: _7/16/18_

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Kevin Wegener_____

Dated: _____7/17/18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Neil Weitzel

Dated: 8/4/18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Michael Welch_

Print Name: _Michael Welch_

Dated: _August 1, 2018_

Scanned with CamScanner

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Daniel Weld_____

Dated: _____7/10/18_____

8573626.2 SA012-018

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: JASON WENNER

Dated: 8/21/18

8573626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name:    William Creig Westfall

Dated:    8/9/18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: Andrew Whaley

Print Name: Andrew Whaley

Dated: 7-19-18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _AARON WHAM_____

Dated: _7-14-2018_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: W    \ _____

Dated: _____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: Curt Wick

Print Name: CURT Wick

Dated: 6-30-18

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: PARKER WILBOURN

Dated: 7/17/18

8573626 2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: TYLER WILLIAMSON

Dated: 7/25/18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name:   Bronze Withem

Dated:   07/26/2018

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District,* Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District,* Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name: Kevin Wolf

Dated: 08/18/2018

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: RYAN WOLFE

Dated: 7-19-18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Randall Charles Wootton_____

Dated: _____July 24, 2018_____

## SETTLEMENT AGREEMENT AND RELEASE

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name:   AARON   WYNNE

Dated:   7/15/18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: _____Ashkon Yavari_____

Dated: _____7/26/18_____

73626.2 SA012-018

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name: Igor zalutskiy

Dated: 07-28-18

# SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name:  CASEY ZANNI

Dated:  8/9/18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Print Name:   PHIL ZIDEK

Dated:   6/10/2018

8573626.2 SA012-018

# SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: ANDREW ZIEGLER

Dated: 07/17/18

## SETTLEMENT AGREEMENT AND RELEASE

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, am a present or former employee of Sacramento Metropolitan Fire District and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above 7 pages.

I understand that my attorneys, Mastagni Holstedt, and representatives have negotiated settlement with the District to resolve my claim in this case. I have reviewed the individual settlement payment amount that I will receive as set forth in Exhibit A to the Settlement Agreement and understand that my individual settlement payment amount, which is part of the District's total payment of $1,101,661.78 to Plaintiffs, along with the $275,165.44 that the District will pay to my attorneys, Mastagni Holstedt, constitutes a full and complete settlement of all my FLSA and MOU overtime claims against the District related to the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the District per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Tracey Valentine et al. v. Sacramento Metropolitan Fire District*, Case No. 2:17-cv-00827-KJM-EFB.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: DAN ZUMWALT

Dated: 07/16/18

8573626.2 SA012-018