DAVID E. MASTAGNI, ESQ. (SBN 204244)
ISAAC S. STEVENS, ESQ. (SBN 251245)
ACE T. TATE, ESQ. (SBN 262015)
IAN B. SANGSTER, ESQ. (SBN 287963)
**MASTAGNI HOLSTEDT**
A Professional Corporation
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
davidm@mastagni.com
istevens@mastagni.com
atate@mastagni.com
isangster@mastagni.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY VALENTINE, on behalf of herself and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO METROPOLITAN FIRE DISTRICT,<br><br>Defendant. | Case No: 2:17-cv-00827-KJM-EFB<br><br>Complaint Filed: April 20, 2017<br><br>**DECLARATION OF IAN B. SANGSTER IN SUPPORT OF JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF CASE** |

I, Ian B. Sangster, declare:

1. I am an attorney at law duly licensed to practice in the State of California, and am specifically admitted to practice before the Eastern District of California. I am an associate with the law firm of Mastagni Holstedt, APC, attorneys of record for Plaintiffs Tracey Valentine, et al. ("Plaintiffs"). If called upon to testify, I could and would competently testify to the following facts from my own personal knowledge.

2. I attended University of California, Hastings College of the Law, obtaining my Juris Doctorate in May 2012 and graduating *cum laude*. I was admitted to practice in December 2012.

3. I have devoted my legal career to labor and employment litigation with an emphasis on wage and hour litigation, complex civil, class-action, and collective-action litigation. I also devote my practice to representation of public safety unions and their members with respect to all aspects of their employment. The cases I have handled include but are not limited to claims arising out of the U.S. and California Constitutions, Fair Labor Standards Act, the California Civil and Labor Codes, the Public Safety Officers' Procedural Bill of Rights, the Meyers-Milias-Brown Act, and other statutes guaranteeing labor and employment rights to employees.

4. Some of the collective actions I have worked on include *Blanco, et. al. v. City of Rialto*, a court approved FLSA settlement of approximately $2,900,000.00; *Atencio, et. al. v. City of Azusa*, a court approved FLSA settlement of over $1,500,000.00; *Seguin. et. al. v. County of Tulare*, a court approved FLSA settlement for approximately $270,000.00; and *Hilliard v. City of Upland*, a court approved FLSA settlement for approximately $108,000.00.

5. I have personally reviewed the itemization of the time I spent working on the above-captioned case reflecting I spent 537.40 hours working on this matter. The hours of work I performed are reflected accurately in this itemization.

6. All the work I performed on this matter was necessary to achieving a favorable result for Plaintiffs.

I declare, under the penalty of perjury, under the laws of the United States that the foregoing statements are true and correct, and if called to testify as to these facts, I could and would do so. Executed on September 28, 2018 in Sacramento, California.

By: _____
IAN B. SANGSTER