DAVID E. MASTAGNI, ESQ. (SBN 204244)
ISAAC S. STEVENS, ESQ. (SBN 251245)
ACE T. TATE, ESQ. (SBN 262015)
**MASTAGNI HOLSTEDT**
A Professional Corporation
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
davidm@mastagni.com
istevens@mastagni.com
atate@mastagni.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY VALENTINE, et al., on behalf of herself and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO METROPOLITAN FIRE DISTRICT<br><br>Defendant. | Case 2:17-cv-00827-KJM-EFB<br><br>**DECLARATION OF MICHAEL D. LEE IN SUPPORT OF PLAINTIFFS' REQUEST FOR ATTORNEY FEES** |

I, Michael D. Lee, declare:

1. I am a Certified Public Accountant licensed to practice in the State of California since 1991. I am the in-house Certified Public Accountant with the law firm of Mastagni Holstedt, APC, counsel of record for the Plaintiffs Tracey Valentine, et al. ("Plaintiffs"). If called upon to testify, I could and would competently testify to the following facts from my own personal knowledge.

2. I attended Sacramento State University, obtaining a Bachelors' of Science in Accounting in 1988, and a Masters of Business Administration in 1996. After successfully passing the required examination, I became licensed to practice in November 1991 by the California Accountancy Board.

3. I have devoted most of my accounting career legal career to auditing, accounting, personal finance and taxation. Prior to becoming a Certified Public Accountant with Mastagni

Holstedt, I served as the Financial Education Manager with Golden 1 Credit Union. In that position I presented financial workshops and webinars to help individuals reach their financial goals. Further, I would advise these individuals on investment and insurance solutions.

4. Before becoming employed by Golden 1 Credit Union I was employed as a Certified Public Accountant with the Franchise Tax Board from 1995 to 2000, auditing individual, partnership and multi-state corporate tax returns. From 1994 to 1995, I prepared tax returns and provided pensions services for Reimers and Taylor. From 1991 to 1993, I provided auditing services at Crowe and Horwath. From 1988 to mid-1991, I provided auditing services at Deloitte. In all of these positions I advised individual and institutional clients in auditing, accounting best practices, personal finance and taxation matters.

5. Since 1996, I have been an associate professor of Business Administration at American River College. At the college, I teach the following courses: Financial Accounting, Managerial Accounting, Individual Taxation, Auditing and Personal Finance.

6. My current hourly rate is in the range of $250.00/hour. My billing rate is based on my knowledge of fees charged other by other Certified Public Accountants that practice within this area with comparable qualifications and experience, my own billing experience, and consultation with other accountants concerning appropriate market rates for my services.

7. I have personally reviewed the itemization of the work performed in the above-mentioned case. The hours of work I performed are reflected accurately in the attached itemization. I spent approximately 47.15 hours reviewing discovery produced in this action, organizing time and payroll records and preparing various damage calculations based on the disputed legal issues affecting the total liability.

I declare, under the penalty of perjury, under the laws of the State of California that the foregoing statements are true and correct, and if called to testify as to these facts, I could and would do so. Executed on January 29, 2018 in Sacramento, California.

By: _____
MICHAEL D. LEE