DAVID E. MASTAGNI, ESQ. (SBN 204244)
ISAAC S. STEVENS, ESQ. (SBN 251245)
ACE T. TATE, ESQ. (SBN 262015)
IAN B. SANGSTER, ESQ. (SBN 287963)
**MASTAGNI HOLSTEDT**
A Professional Corporation
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
davidm@mastagni.com
istevens@mastagni.com
atate@mastagni.com
isangster@mastagni.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY VALENTINE, on behalf of herself and all similarly situated individuals,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>SACRAMENTO METROPOLITAN FIRE DISTRICT,<br><br>　　　　　　　Defendant. | Case No: 2:17-cv-00827-KJM-EFB<br><br>Complaint Filed: April 20, 2017<br><br>**DECLARATION OF PATRICK R. BARBIERI IN SUPPORT OF JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF CASE** |

　　　　I, Patrick R. Barbieri, declare and say,

1.　　I am a senior paralegal with the firm of Mastagni Holstedt, A.P.C., attorneys of record for the Plaintiffs in the above entitled action. I am over the age of eighteen years. If called upon to testify, I could and would competently testify to the following facts from my own personal knowledge.

2.　　Attached hereto is my resume which reflects my education and professional experience.

3.　　I have personally reviewed a report of itemized work I performed in this case. I have spent in excess of 90 hours on this case.

///

///

///

1  I declare, under the penalty of perjury, under the laws of the State of California that the
2  foregoing statements are true and correct, and if called to testify as to these facts, I could and
3  would do so.
4  Executed on September 25, 2018 in Sacramento, California.

By: _____
PATRICK R. BARBIERI

# PATRICK R BARBIERI

1705 Wentworth Avenue ● Sacramento, CA 95822 ● (805) 801-4952 ● patrickbarbieri@me.com

## KEY SKILLS

- Extensive Training in Most Legal & Office Software
- Superior Written & Verbal Communication Skills
- Concise Drafting of Sensitive Pleadings, Discovery & Correspondence
- Vast Knowledge of State, Federal and Administrative Litigation Procedure
- Reliable Calendar & Deadline Management
- Meticulous Document & Case File Organization

## PROFESSIONAL EXPERIENCE

**MASTAGNI HOLSTEDT, APC** – Sacramento, CA

*Senior Litigation Paralegal* – April 2011 to present

Distinguished as the supervising paralegal in the labor department of one of the nation's top law firms specializing in public employee union representation. Directly assisted a team of 6-8 attorneys in their labor/employment law practice including: complex civil litigation, collective class actions and writ proceedings in state and federal courts; appeals to the appellate and supreme court; grievance arbitrations; administrative disciplinary appeals before various city, county and state agencies; criminal defense; and collective bargaining/contract negotiations between unions and their employers.

*Key Results:*
- Quickly became the "go-to" for procedural knowledge of a diverse range of venues including federal and state courts, courts of appeal, Public Employment Relations Board and State Personnel Board, among others.
- Trained and supervised support staff and new attorneys.
- Effectively managed heavy caseloads for multiple attorneys ensuring timely compliance with all critical deadlines.
- Directly assisted senior attorneys and partners in the firm's most sensitive and high profile cases to ensure highest quality results.

**FITZPATRICK & BARBIERI, APC** – San Luis Obispo, CA

*Legal Assistant/Paralegal* – January 2002 to March 2011

Assist two full-time attorneys in their civil litigation practice including construction (public & private works), contract, real estate, personal injury, unlawful detainer and subrogation cases. Concisely draft all forms of legal documents. Conduct legal research and briefing of case law and procedure. Correspond with clients, attorneys, judges, experts, witnesses and staff regarding complex litigation procedures. Preparation of electronic evidentiary presentations to attorneys, judges and juries.

*Key Results:*
- Maximized the firm's earning capability and efficiency by reducing workload for attorneys.
- Assisted multiple attorneys with hundreds of individual cases from inception to settlement or jury/bench trial verdict, thereby gaining solid experience in a wide range of litigation procedure.

## EDUCATION

**CALIFORNIA POLYTECHNIC STATE UNIVERSITY** – San Luis Obispo, CA

*Bachelor of Science Degree in Journalism (Print/Editorial), Graduated September, 2009*

- Balanced full time job and school will maintaining overall GPA of 3.6, graduating with honors, cum laude.
- Consecutively recognized as "Best News Reporter" by Editor-in-Chief of The Mustang Daily.