IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY VALENTINE, on behalf of herself and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO METROPOLITAN FIRE DISTRICT,<br><br>Defendant. | Case No: 2:17-cv-00827-KJM-EFB<br><br>Complaint Filed: April 20, 2017<br><br>**[PROPOSED] ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PRJEUDICE**<br><br>*[Filed concurrently with Declaration of David E. Mastagni; Declaration of Ian B. Sangster; Declaration of Michael D. Lee; Declaration of Patrick R. Barbieri; Declaration of Lisa S. Charbonneau; Declaration of Amanda Thomas; [Proposed] Order Approving Settlement Agreement and Dismissing Case with Prejudice]*<br><br>**Date:  November 2, 2018**<br>**Time:  10:00a.m.**<br>**Courtroom:  3, 15th Floor**<br>**Judge:  Hon. Kimberly Mueller** |

**[PROPOSED] ORDER**

The Court has carefully reviewed the Settlement Agreement, the Joint Motion for Approval of Settlement Agreement and Dismissal of Case, and the declarations submitted in support thereof.  Based upon a review of the record, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Settlement Agreement submitted to the Court as Exhibit A to the Declaration

1  of David E. Mastagni, which is incorporated herein by reference, is approved as fair, reasonable
2  and just in all respects as to the Plaintiffs, including the award of attorneys' fees and costs;

3      2.    Plaintiffs and Defendant Sacramento Metropolitan Fire District ("Defendant")
4  (collectively "Parties") shall fully abide by and perform the Settlement Agreement in its entirety
5  and in accordance with its terms;

6      3.    The Court reserves jurisdiction over the above-captioned matter for the purposes
7  of enforcing the Settlement Agreement only;

8      4.    The Court has made no findings or determinations regarding the law, and none of
9  the materials or documents prepared or submitted in support of the Parties' Joint Motion for
10 Approval of Settlement and Dismissal of Case shall constitute evidence of, or any admission of,
11 any violation of law;

12     5.    Judgment is entered in this Action and this Action is hereby dismissed WITH
13 PREJUDICE.

14
15 IT IS SO ORDERED.
16
17 DATED: _____       _____
18     HONORABLE KIMBERLY MUELLER
    UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER APPROVING SETTLEMENT     *Valentine, et al. v. SMFD*
AGREEMENT AND DISMISSING CASE WITH PREJUDICE     Case No. 2:17-cv-00827-KJM-EFB
8683341.1 SA012-018