1  DAVID E. MASTAGNI, ESQ. (SBN 204244)
   davidm@mastagni.com
2  ISAAC S. STEVENS, ESQ. (SBN 251245)
   istevens@mastagni.com
3  IAN B. SANGSTER, ESQ. (SBN 287963)
   isangster@mastagni.com
4  **MASTAGNI HOLSTEDT**
   A Professional Corporation
5  1912 "I" Street
   Sacramento, California 95811
6  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
7  Attorneys for Plaintiffs

8  MORIN I. JACOB, (SBN 204598)
   mjacob@lcwlegal.com
9  LISA S. CHARBONNEAU (SBN 245906)
   lcharbonneau@lcwlegal.com
10 **LIEBERT CASSIDY WHITMORE**
   A Professional Law Corporation
11 135 Main Street, 7th Floor
   San Francisco, California 94105
12 Telephone: 415.512.3000
   Facsimile: 415.856.0306
13 Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TRACEY VALENTINE, on behalf of herself and all similarly situated individuals, | ) Case No: 2:17-cv-00827-KJM-EFB |
|---|---|
| Plaintiff, | ) Complaint Filed: April 20, 2017 |
| v. | ) **JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| SACRAMENTO METROPOLITAN FIRE DISTRICT, | ) |
| Defendant. | ) |

On November 2, 2018, the Court heard the parties' Joint Motion for Approval of Settlement Agreement and Dismissal of Case (the "Joint Motion"). (Dkt. No. 71.) After discussion with the parties, the Court took the Joint Motion under submission. The parties also requested the Court resolve two outstanding stipulations, to wit, the parties' Stipulation to Allow Daniel Weld to be Included as Individual Plaintiff (Dkt. No. 59) and Stipulation to Dismiss Multiple Plaintiffs (Dkt. No. 69). (*Id.*) To date, the Court has not issued an order on

1 either the Joint Motion or the outstanding stipulations.

2 Based on the foregoing, the parties jointly request the Court set this matter for a Case
3 Management Conference at a date/time convenient for the Court to allow the parties to address
4 any additional concerns the Court may have concerning either the Joint Motion or the
5 outstanding stipulations. Alternatively, the parties jointly request the Court rule on the Joint
6 Motion and the outstanding stipulations.

8 Respectfully Submitted,

9 Dated: February 11, 2019  **MASTAGNI HOLSTEDT, APC**

11 By: */s/ David E. Mastagni*
DAVID E. MASTAGNI
ISAAC S. STEVENS
12 IAN B. SANGSTER
Attorneys for Plaintiffs

14 Dated: February 11, 2019  **LIEBERT CASSIDY WHITMORE**

15 By: */s/ Morin I. Jacob*
MORIN I. JACOB
16 LISA S. CHARBONNEAU
Attorneys for Defendant

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that a Case Management Conference in this matter be set for _____, 2019 at _____.

Dated:_____                    _____
                                        KIMBERLY J. MUELLER
                                        UNITED STATES DISTRICT JUDGE